# Exhibit B:
Declaration of Utpal Mukul Dholakia

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| MONKEYMEDIA, INC., | ) |
|   *Plaintiff*, | ) |
| | ) |
| vs. | ) |
| | ) |
| BUENA VISTA HOME ENTERTAINMENT, | ) |
| INC. d/b/a WALT DISNEY STUDIOS HOME | ) |
| ENTERTAINMENT; TWENTIETH CENTURY | ) Civil Action No. 1:10-CV-00533 |
| FOX HOME ENTERTAINMENT, LLC; | ) |
| LIONS GATE ENTERTAINMENT CORP.; | ) JURY TRIAL DEMANDED |
| PARAMOUNT PICTURES CORPORATION; | ) |
| WARNER HOME VIDEO, INC.; and | ) |
| UNIVERSAL STUDIOS INC., | ) |
| | ) |
|   *Defendants*. | |

**DECLARATION OF UTPAL MUKUL DHOLAKIA IN SUPPORT OF
MONKEYMEDIA'S RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF NONINFRINGEMENT OF
U.S. PATENT NO. 6,393,158 BY BLU-RAY DISCS AND DVDs**

My name is Utpal Mukul Dholakia.  I have been retained to conduct a market research survey and provide an expert report for MONKEYmedia in the above-referenced matter.

## SCOPE OF PROJECT AND REPORT

1. My assignment was to conduct a survey of 1,000 Blu-ray Disc owners in the United States to answer specific questions regarding their experiences with Seamless Expansion, if any, across 100 sets of Blu-ray and DVD movie title groups by various motion picture studios, to compile and analyze the survey results, and prepare a report on the survey reports and my analysis.  The categories of inquiry are described below under Study Objectives, and the complete text of the survey is attached as Exhibit 1.

## CREDENTIALS

2. I am the George R. Brown Professor of Marketing at the Jones Graduate School of Business at Rice University.

3. I hold a master's degree in psychology, and a Ph.D. in marketing, both from the University of Michigan, a master's degree in operations research from the Ohio State University, and a bachelor's degree in industrial engineering from the University of Bombay, India.

4. At Rice University, I have taught graduate courses in Marketing Strategy, Pricing Strategy, Consumer Psychology, Internet Marketing and Financial Services Marketing.

5. I have also taught executive courses on marketing and pricing issues to numerous corporations. Details of my teaching are available in my curriculum vitae, which is attached as Exhibit-2.

6. I conduct research on marketing and consumer behavior issues. I have published more than 80 articles in top marketing, business and psychology journals including *Journal of Marketing*, *Journal of Marketing Research*, *Harvard Business Review*, *Management Science*, *Marketing Science*, *Journal of Consumer Research*,  *Organization Science*, *Journal of Consumer Psychology*, *Psychological Science*, *Journal of Public Policy and Marketing*, *Organizational Behavior and Human Decision Processes*, *Journal of Service Research*, *Journal of Behavioral Decision Making*, *Media Psychology*, *Journal of Applied Social Psychology*, *Journal of Interactive Marketing*, *Marketing Letters*, *Psychology and Marketing*, and *Customer Needs and Solutions*.

7.  I have presented my research at numerous conferences, meetings and conventions including those of the Association for Consumer Research, Society for Consumer Psychology, Marketing Educators, Marketing Science Institute, European Marketing Academy, Academy of Marketing Science, Frontiers in Service, Marketing Science, Invitational Choice Symposium, and Advanced Research Techniques Forum.

8.  I have also given invited talks and research seminars at numerous universities including Harvard Business School, London Business School, Vanderbilt University, University of Southern California, INSEAD, Arizona State University, University of Notre Dame, University of Arizona, Texas A&M University, University of California at Riverside, Georgia Tech, University of St. Gallen, University of Zurich, Univerità Ca' Foscari Venezia, SUNY – University at Buffalo, University of Toronto, University of Maastricht, University of Houston and Tulane University.

9.  I have conducted numerous market research surveys for various industries including financial service, technology, healthcare, retail, hospitality, and consumer goods. I have also conducted over a hundred academic surveys, the results of which are reported in academic journals.

10. I have consulted with numerous firms in technology, ecommerce, financial services, energy, health-care and other industries. Some of my (current or past) clients include Ahold USA, eBay, Hewlett Packard, Microsoft, National Instruments, Overstock.com, Shell, Prosper.com, ABN AMRO, American Airlines, Comerica Bank, HSBC, M&T Bank, and TXU Energy. A complete listing of my clients is available in my curriculum vitae.

11. I am being compensated to conduct the survey and write a report that is provided in this document at a fixed price of $31,500 to complete 1,000 surveys of Blu-ray Disc owners and to have them each report on their interactions with 100 or more disc-based movie titles. My compensation is neither contingent on my findings nor on the outcome of this matter.

12. A copy of my C.V. is attached to this declaration as Exhibit 2.

## SUMMARY OF OPINIONS AND CONCLUSIONS

13. It is my opinion that the survey design was appropriate to the questions being asked and was properly conducted in a manner that optimized obtaining reliable results.  The survey results described in the Sample Description and Tables 1A through 3D are accurate compilations

and descriptions of the data obtained in the survey.  Given the larger than typical scale of this study and its statistically valid results, it is my opinion that:

- in a larger pool of movie titles capable of Seamless Expansion for which the titles included in the study would be representative (including movie titles not in the study), the values and percentages compiled, reported, and analyzed in Figure 5 and Tables 2A through 3C reflect the relative scale and approximate percentages of Seamless Expansion usage since March 1, 2013 by United States Blu-ray owners 18 years of age and older;

- approximately 46%-55% of United States Blu-ray owners 18 years of age and older who performed Seamless Expansion on at least one of the listed DVDs since March 1, 2013 did so by making a motion to select an expansion cue without pushing a button on a selector device; and

- in a larger pool of movie titles capable of Seamless Expansion for which the titles included in the study would be representative (including movie titles not in the study), the average measures of convenience, value, importance, and helpfulness reported in Table 3D above are approximately the same for United States Blu-ray owners 18 years of age and older who used Seamless Expansion since March 1, 2013.

## **STUDY OBJECTIVES**

14. This study was conducted to answer the following questions about use of the **Seamless Expansion** feature in Blu-ray and DVD disks:

- What percentage of Blu-ray and DVD watchers used Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- How often did watchers use Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- How often did watchers use a touchscreen remote control for Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- How often did watchers use a phone or tablet app for Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- How often did watchers use a computer's touchscreen for Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- How often did watchers use a computer's trackpad for Seamless Expansion when watching movies on Blu-ray or DVD since March 1, 2013?

- What percentage of Blu-ray and DVD watchers used a computer trackpad for Seamless Expansion that was configured to respond to taps and what percentage of Blu-ray and DVD watchers used a computer trackpad for Seamless Expansion that was configured to require physically pushing a button?

- How convenient was having the Seamless Expansion feature available when watching movies (including during the credits at the end of the movie)?

- How valuable was being able to see and choose from different cues at the same time to access bonus content (e.g. behind-the-scenes videos, bloopers, historical vignettes, etc.) when watching movies?

- How important was being able to use a touchscreen device of one's own choosing (e.g. phone, tablet, touchscreen universal remote)?

- How helpful was it for the currently selected cue to change in appearance by expanding in size?

15. The answers to each of these questions are given in this report.

## STUDY METHOD

16. To answer the study's questions, an online survey of United States consumers was conducted during August 2016. Participants were recruited through one of the largest online panels in the United States, and were offered financial incentives for completing the online survey if they qualified for it by satisfying four conditions. The base incentive was $1.75 and additional bonuses up to $5 were given to participants based on participation in other surveys completed in the panel. The incentive was given in the form of a gift card to a major online retailer. The survey was open only to those who were 18 years of age and older, and residents of the United States. In addition, two screening criteria were used for inclusion in the study:

- The respondent had to own at least 20 Blu-ray discs.

5

- Neither the respondent nor anyone in his or her household could work in the motion picture industry.

17. Those who met these two criteria completed the survey, the text of which is provided in Exhibit 1. A total of 1,005 respondents completed the survey, a much larger than usual number.  For this type of survey, we would typically expect to obtain statistically valid results with approximately 200 respondents.  This survey, having a sample size of 1005 respondents, increases my level of confidence in the statistical and, in particular, external validity of the results – meaning that the results are predictive of general populations.

18. In the survey, participants were first given the following description of the Seamless Expansion feature:

"In this study, we are interested in how you use "Seamless Expansion" when watching movies on Blu-ray and DVD. The Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like. If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey."

19. Respondents were then shown a list of movie titles and asked to indicate which ones they had watched.  For the subset of movie titles they had watched, participants were asked to select the movie titles for which either they or someone watching with them used Seamless Expansion since March 1, 2013. The movie titles were presented to respondents in four sets – three sets of 32 Blu-ray titles each followed by a fourth set of 4 DVD titles. The order in which movie titles were presented to respondents was randomized in three ways:

1) Each of the 96 Blu-ray title groups was randomly assigned to one of the three sets using a random number generator. The four DVD titles were combined into a fourth set.

2) In the survey administration, the three sets of Blu-ray titles were presented to

respondents using a counter-balanced experimental design such that they received the sets in random order.

3) Within each of the four sets (the three Blu-ray sets and one DVD set), the movie titles were presented to respondents in a random order.

20. The purpose of using this three-level randomization procedure was to prevent any potential response effects on participants' responses from order of movie title presentation, and to obtain accurate responses about movie viewing and Seamless Expansion use. The description of Seamless Expansion was repeated at the top of each of the four movie title lists in the questionnaire so that respondents would recall how the feature worked in providing the responses.

21. After completing questions about movie title viewing and use of Seamless Expansion for each of the 100 movie title groups (96 on Blu-ray and 4 on DVD), respondents were shown the Seamless Expansion feature description again, and then completed a series of questions about: (a) the average number of times they used Seamless Expansion since March 1, 2013, when watching each movie, (b) the average number of times they used a touchscreen universal remote for Seamless Expansion since March 1, 2013, when watching each movie, (c) the average number of times they used a phone or tablet app for Seamless Expansion since March 1, 2013, when watching each movie, (d) the average number of times they used a computer's touchscreen for Seamless Expansion since March 1, 2013, when watching each movie, and (e) the average number of times they used a computer's trackpad for Seamless Expansion since March 1, 2013, when watching each movie. Those who indicated using the computer's trackpad for Seamless Expansion at least once were asked whether their computer's trackpad was configured to respond to taps (without pushing a button) when they performed those Seamless Expansions.

22. The next set of questions concerned the value of the Seamless Expansion feature to the respondent. After being given an opportunity to review the Seamless Expansion feature's description again, respondents completed the following questions:

(a) How convenient is it to have the Seamless Expansion feature available to you when watching a movie (including during the credits at the end of the movie)? The response was obtained on a 7-point numbered scale anchored with the labels 1 = "Not at all

convenient" and 7 = "Extremely convenient."

(b) How valuable is being able to see and choose from different cues at the same time to access bonus content (e.g. behind-the-scenes videos, bloopers, historical vignettes, etc.) when watching a movie? The response was obtained on a 7-point numbered scale anchored with the labels 1 = "Not at all valuable" and 7 = "Extremely valuable."

(c) When watching movies on Blu-ray or DVD, how important is being able to use a touchscreen device of your choosing (e.g. phone, tablet, touchscreen universal remote)? The response was obtained on a 7-point numbered scale anchored with the labels 1 = "Not at all important" and 7 = "Extremely important."

(d) When browsing Seamless Expansion options, how helpful is it for the currently selected cue to change in appearance by expanding in size? The response was obtained on a 7-point numbered scale anchored with the labels 1 = "Not at all helpful" and 7 = "Extremely helpful."

23. Finally, participants provided their demographic information including gender, age, and annual household income. They were then thanked for participating in the survey and compensated by the online panel company. The survey questionnaire is provided in Exhibit 1.

## SAMPLE DESCRIPTION

24. This section of the report provides descriptive statistics regarding the respondent sample.

**Gender**

25. Of the 1,005 respondents in the study, 484 (or 48.16%), 512 (or 50.95% were male), 6 (or 0.6%) were other, and 3 (or 0.3%) indicated "prefer not to say."  See Figure 1.



**Figure 1**

**Age**

26. Respondents were skewed more towards the ages of 18 to 44, which is consistent with ownership of Blu-ray discs[1]. Just over half, or 51.24% of respondents were aged 25-34 years, and 22.09% of respondents were 35-44 years of age. In contrast, 11.95% of respondents were over the age of 45.  See Figure 2.



**Figure 2**

---

[1] See for example, "Blu-ray awareness on rise," Available at http://www.hollywoodreporter.com/news/blu-ray-awareness-rise-108433, and "74% of PS3 owners have watched a Blu-ray movie", Available at: http://www.missingremote.com/news/2009-09-02/74-ps3-owners-have-watched-blu-ray-movie

**Annual Household Income**

27. A majority of respondents had annual household incomes between $25,001 and $74,999. Only 14.03% earned under $25,000 and 12.25% earned over $100,000.



**Figure 3**

**28.** Based on the distribution of these demographic statistics, I conclude that the respondent sample is representative of Blu-ray Disc owners in the United States 18 years of age and older.

11

## <u>RESULTS</u>

29. A series of analyses were conducted on the responses provided by survey participants. The purpose of these analyses was to determine:

- The number of respondents and percentage of total respondent sample who had watched each movie title on Blu-ray (provided in Tables 1A-1D).

- The distribution of number of movies watched by respondents.

- The distribution of number of movies for which respondents used Seamless Expansion.

- The percentage of movie watchers who used Seamless Expansion when watching each movie title on Blu-ray or DVD since March 1, 2013 (provided in Tables 2A-2D).

- Average use of Seamless Expansion by respondents (Table 3A).

- Average use of four Seamless Expansion interaction methods by respondents (Table 3B).

- Percentage of Seamless Expansion users who used each of the four Seamless Expansion interaction methods (Table 3C).

- Percentage of Seamless Expansion users on DVD who made a motion to select an expansion cue without pushing a button on a selector device.

- Average value perceptions of Seamless Expansion users (Table 3D).


30. The results are given next in a series of tables, graphics and descriptions, as appropriate.

**Table 1A:** Number of respondents and percentage of total respondent sample who had watched movie on Blu-ray (Total Sample Size = 1,005)

| Movie | # of respondents who had watched the movie on Blu-ray | % of respondent sample who had watched the movie on Blu-ray |
|---|---|---|
| Disney Cars or Planes | 143 | 14.2% |
| Enchanted | 52 | 5.2% |
| Prince of Persia: Sands of Time | 55 | 5.5% |
| Finding Nemo | 274 | 27.3% |
| Frozen | 355 | 35.3% |
| The Avengers or Age of Ultron | 264 | 26.3% |
| Guardians of the Galaxy | 339 | 33.7% |
| Snow White and the Seven Dwarfs | 68 | 6.8% |
| Monsters Inc. or Monsters University | 227 | 22.6% |
| Big Hero 6 | 252 | 25.1% |
| Inside Out | 185 | 18.4% |
| Brave | 128 | 12.7% |
| The Little Mermaid | 120 | 11.9% |
| Up | 201 | 20.0% |
| Tangled | 154 | 15.3% |
| Maleficent | 160 | 15.9% |
| Captain America or Winter Soldier | 255 | 25.4% |
| Thor or Thor: Dark World | 218 | 21.7% |
| Crank | 71 | 7.1% |
| Gamer | 45 | 4.5% |
| Terminator 2: Judgment Day | 167 | 16.6% |
| Hunger Games (any in the series) | 395 | 39.3% |
| Twilight (any in the series) | 165 | 16.4% |
| Divergent or Insurgent | 184 | 18.3% |
| RED 2 | 71 | 7.1% |
| John Wick | 158 | 15.7% |
| Ender's Game | 90 | 9.0% |
| Now You See Me | 129 | 12.8% |
| The Expendables 3 | 102 | 10.1% |
| The Last Witch Hunter | 65 | 6.5% |
| Dredd | 73 | 7.3% |
| I, Frankenstein | 47 | 4.7% |
| Sicario | 55 | 5.5% |
| Ex Machina | 113 | 11.2% |

**Table 1B:** Number and percentage of total respondent sample who had watched movie on Blu-ray (Total Sample Size = 1,005)

| Movie | # of respondents who had watched the movie on Blu-ray | % of respondent sample who had watched the movie on Blu-ray |
|---|---|---|
| Alien (any in the series) | 144 | 14.3% |
| I, Robot | 172 | 17.1% |
| X-Men or Wolverine (any in the series) | 279 | 27.8% |
| Avatar | 287 | 28.6% |
| Skyfall, Spectre, or Casino Royale | 195 | 19.4% |
| The Sound of Music | 47 | 4.7% |
| Deadpool | 322 | 32.0% |
| How to Train Your Dragon 1 or 2 | 159 | 15.8% |
| Home | 61 | 6.1% |
| The Croods | 101 | 10.0% |
| Rio 1 or 2 | 108 | 10.7% |
| Life of Pi | 139 | 13.8% |
| Turbo | 54 | 5.4% |
| Percy Jackson (any in the series) | 86 | 8.6% |
| The Heat | 71 | 7.1% |
| Epic | 33 | 3.3% |
| Taken 1, 2 or 3 | 204 | 20.3% |
| The Martian | 191 | 19.0% |
| Dawn of the Planet of the Apes | 169 | 16.8% |
| Star Trek (2009) | 215 | 21.4% |
| Forrest Gump | 202 | 20.1% |
| Gladiator | 174 | 17.3% |
| Shrek the Third | 119 | 11.8% |
| Iron Man 2 or 3 | 295 | 29.4% |
| Friday the 13th | 71 | 7.1% |
| My Bloody Valentine | 37 | 3.7% |
| Transformers | 230 | 22.9% |

**Table 1C:** Number and percentage of total respondent sample who had watched movie on Blu-ray (Total Sample Size = 1,005)

| Movie | # of respondents who had watched the movie on Blu-ray | % of respondent sample who had watched the movie on Blu-ray |
|---|---|---|
| Spy Game | 38 | 3.8% |
| The Incredible Hulk | 112 | 11.1% |
| The Mummy (any in the series) | 116 | 11.5% |
| The Wolfman | 39 | 3.9% |
| Despicable Me 1 or 2 | 253 | 25.2% |
| Jurassic Park (any in the series) | 382 | 38.0% |
| Minions | 208 | 20.7% |
| Fast and Furious 6 or 7 | 257 | 25.6% |
| Ted 1 or 2 | 195 | 19.4% |
| Les Miserables | 78 | 7.8% |
| Fifty Shades of Grey | 142 | 14.1% |
| Lone Survivor | 96 | 9.6% |
| Pitch Perfect 1 or 2 | 193 | 19.2% |
| Straight Outta Compton | 130 | 12.9% |
| Lucy | 99 | 9.9% |
| Oblivion | 59 | 5.9% |
| The Dark Knight (any in the series) | 381 | 37.9% |
| Harry Potter (any in the series) | 347 | 34.5% |
| Elf | 155 | 15.4% |
| 300 or Rise of an Empire | 201 | 20.0% |
| Austin Powers (any in the series) | 119 | 11.8% |
| Blow | 81 | 8.1% |
| I Am Legend | 245 | 24.4% |
| Sherlock Holmes | 131 | 13.0% |
| Terminator Salvation | 110 | 10.9% |
| The Book of Eli | 146 | 14.5% |
| Watchmen | 131 | 13.0% |
| Pacific Rim | 169 | 16.8% |
| The Hobbit (any in the series) | 293 | 29.2% |
| Lord of the Rings (any in the series) | 362 | 36.0% |
| The Hangover (any in the series) | 286 | 28.5% |
| Man of Steel | 185 | 18.4% |
| The Lego Movie | 227 | 22.6% |
| American Sniper | 212 | 21.1% |

**Table 1D:** Number and percentage of total respondent sample who had watched movie on DVD
(Total Sample Size = 1,005)

| Movie | # of respondents who had watched the movie on DVD | % of respondent sample who had watched the movie on DVD |
|---|---|---|
| The X-Files (DVD) | 147 | 14.6% |
| Titanic (DVD) | 493 | 49.1% |
| Spy Game (DVD) | 61 | 6.1% |
| The Matrix (DVD) | 565 | 56.2% |

**Number of movies watched by respondents**

31. Respondents indicated watching an average of 17.12 titles from the list of 100 movie title groups. Of the 1,005 respondents in the survey sample, only 3 indicated they had not watched any of the 100+ titles. Their responses were excluded from the analysis. In contrast, 11 respondents indicated watching 60 or more titles from the list. A majority watched between 8 and 20 titles from the list. Figure 4 below provides the distribution of the number of movies titles from the list watched by survey participants.



**Figure 4**

**Number of movies for which respondents used Seamless Expansion**

32. Respondents indicated using Seamless Expansion for an average of 4.01 titles from the list of 100 movie title groups. Of the 1,005 respondents in the survey sample, 255 respondents did not use Seamless Expansion for any movie title, and 109 used it for one title. In contrast, one respondent used Seamless Expansion for 35 titles from the list, two used it for 37 titles, and one respondent used Seamless Expansion for 46 titles. Figure 5 below provides the distribution of the number of movies titles from the list watched by survey participants.



**Figure 5**

33. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles capable of Seamless Expansion for which the titles included in the study would be representative (including movie titles not in the study), the values reported in Figure 5 above reflect the relative scale of Seamless Expansion usage since March 1, 2013 by United States Blu-ray owners 18 years of age and older.

**Table 2A:** Percentage of Blu-ray movie watchers who used Seamless Expansion when watching the movie on Blu-ray since March 1, 2013 (Percentage is based on respondents who watched the movie on Blu-ray)

| Movie | Percentage of Blu-ray movie watchers who used Seamless Expansion since March 1, 2013 |
|---|---|
| Disney Cars or Planes | 15.4% |
| Enchanted | 11.5% |
| Prince of Persia: Sands of Time | 18.2% |
| Finding Nemo | 21.9% |
| Frozen | 23.9% |
| The Avengers or Age of Ultron | 34.8% |
| Guardians of the Galaxy | 28.9% |
| Snow White and the Seven Dwarfs | 13.2% |
| Monsters Inc. or Monsters University | 16.3% |
| Big Hero 6 | 29.0% |
| Inside Out | 29.2% |
| Brave | 11.7% |
| The Little Mermaid | 22.5% |
| Up | 15.4% |
| Tangled | 14.9% |
| Maleficent | 20.0% |
| Captain America or Winter Soldier | 29.4% |
| Thor or Thor: Dark World | 20.6% |
| Crank | 11.3% |
| Gamer | 15.6% |
| Terminator 2: Judgment Day | 25.1% |
| Hunger Games (any in the series) | 29.6% |
| Twilight (any in the series) | 24.8% |
| Divergent or Insurgent | 16.8% |
| RED 2 | 19.7% |
| John Wick | 21.5% |
| Ender's Game | 16.7% |
| Now You See Me | 16.3% |
| The Expendables 3 | 24.5% |
| The Last Witch Hunter | 24.6% |
| Dredd | 15.1% |
| I, Frankenstein | 17.0% |
| Sicario | 16.4% |
| Ex Machina | 24.8% |

**Table 2B:** Percentage of Blu-ray movie watchers who used Seamless Expansion when watching the movie on Blu-ray since March 1, 2013 (Percentage is based on respondents who watched the movie on Blu-ray)

| Movie | Percentage of Blu-ray movie watchers who used Seamless Expansion since March 1, 2013 |
|---|---|
| Alien (any in the series) | 27.1% |
| I, Robot | 12.2% |
| X-Men or Wolverine (any in the series) | 24.0% |
| Avatar | 28.6% |
| Skyfall, Spectre, or Casino Royale | 23.6% |
| The Sound of Music | 17.0% |
| Deadpool | 38.2% |
| How to Train Your Dragon 1 or 2 | 15.7% |
| Home | 27.9% |
| The Croods | 14.9% |
| Rio 1 or 2 | 13.0% |
| Life of Pi | 15.1% |
| Turbo | 18.5% |
| Percy Jackson (any in the series) | 22.1% |
| The Heat | 15.5% |
| Epic | 12.1% |
| Taken 1, 2 or 3 | 11.8% |
| The Martian | 34.6% |
| Dawn of the Planet of the Apes | 17.2% |
| Star Trek (2009) | 17.7% |
| Forrest Gump | 17.8% |
| Gladiator | 14.9% |
| Shrek the Third | 18.5% |
| Iron Man 2 or 3 | 20.3% |
| Friday the 13th | 28.2% |
| My Bloody Valentine | 13.5% |
| Transformers | 27.0% |

**Table 2C:** Percentage of Blu-ray movie watchers who used Seamless Expansion when watching the movie on Blu-ray since March 1, 2013 (Percentage is based on respondents who watched the movie on Blu-ray)

| Movie | Percentage of Blu-ray movie watchers who used Seamless Expansion since March 1, 2013 |
|---|---|
| Bourne (any in the series) | 20.2% |
| Spy Game | 34.2% |
| The Incredible Hulk | 17.9% |
| The Mummy (any in the series) | 12.9% |
| The Wolfman | 10.3% |
| Despicable Me 1 or 2 | 22.9% |
| Jurassic Park (any in the series) | 35.1% |
| Minions | 26.9% |
| Fast and Furious 6 or 7 | 39.3% |
| Ted 1 or 2 | 24.6% |
| Les Miserables | 21.8% |
| Fifty Shades of Grey | 33.1% |
| Lone Survivor | 21.9% |
| Pitch Perfect 1 or 2 | 29.5% |
| Straight Outta Compton | 32.3% |
| Lucy | 28.3% |
| Oblivion | 20.3% |
| The Dark Knight (any in the series) | 24.9% |
| Harry Potter (any in the series) | 35.4% |
| Elf | 16.8% |
| 300 or Rise of an Empire | 15.9% |
| Austin Powers (any in the series) | 13.4% |
| Blow | 17.3% |
| I Am Legend | 15.5% |
| Sherlock Holmes | 23.7% |
| Terminator Salvation | 19.1% |
| The Book of Eli | 11.6% |
| Watchmen | 13.7% |
| Pacific Rim | 20.1% |
| The Hobbit (any in the series) | 31.4% |
| Lord of the Rings (any in the series) | 36.5% |
| The Hangover (any in the series) | 22.7% |
| Man of Steel | 26.5% |
| The Lego Movie | 18.9% |
| American Sniper | 28.3% |

34. Given the larger scale of this study and its statistically valid results, it is my opinion that for each of the 96 Blu-ray title groups included in the study, the percentage of watchers in the United States Blu-ray owning population 18 years of age and older who used Seamless Expansion for each such title since March 1, 2013 is approximately the same percentage as indicated for the survey respondents in Tables 2A, 2B and 2C.

35. The overall percentage of respondent Blu-ray watchers of these 96+ titles who used Seamless Expansion since March 1, 2013, is 23.6%. This value is a weighted average in which the weight of the number of respondents in the sample watching the movie is used to adjust for popularity of each title.

36. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of Blu-ray movie titles capable of Seamless Expansion for which the titles included in the study would be representative (including Blu-ray movie titles not in the study), Seamless Expansion was performed approximately 23.6% of the time each such Blu-ray movie was watched since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

**Table 2D:** Percentage of DVD movie watchers who used Seamless Expansion when watching the movie on DVD since March 1, 2013 (Percentage is based on respondents who watched the movie on DVD)

| Movie | Percentage of DVD movie watchers who used Seamless Expansion since March 1, 2013 |
|---|---|
| The X-Files (DVD) | 17.7% |
| Titanic (DVD) | 19.9% |
| Spy Game (DVD) | 19.7% |
| The Matrix (DVD) | 24.6% |

37. Given the larger scale of this study and its statistically valid results, it is my opinion that for each of the 4 DVD titles included in the study, the percentage of watchers in the United States Blu-ray owning population 18 years of age and older who used Seamless Expansion

for each such title since March 1, 2013 is approximately the same percentage as indicated for the survey respondents in Table 2D.

38. The overall percentage of respondent DVD watchers of these 4 titles who used Seamless Expansion since March 1, 2013, is 21.7%. This value is a weighted average in which the weight of the number of respondents in the sample watching the movie is used to adjust for popularity of each title.

39. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of DVD movie titles capable of Seamless Expansion for which the titles included in the study would be representative (including DVD movie titles not in the study), Seamless Expansion was performed approximately 21.7% of the time each such DVD movie was watched since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

**Table 3A:** Average use of Seamless Expansion by respondents[2]

| Variable | Average Number of Uses | Min | Max |
|---|---|---|---|
| For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use it? | 4.21 | 1 | 10 |

40. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), Seamless Expansion was used an average of approximately 4.21 times per movie in which Seamless Expansion was used since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

---

[2] In table 3A, a weighted average is reported to provide an accurate measure of Seamless Expansion use. The weight used is the number of movies seamlessly expanded by the respondent.

**Table 3B:** Average use of the four Seamless Expansion interaction methods by respondents[3]

| Variable | Average Number of Uses | Min | Max |
|---|---|---|---|
| For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a touchscreen universal remote for Seamless Expansion when watching? | 2.25 | 0 | 10 |
| For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a phone or tablet app for Seamless Expansion when watching? | 2 | 0 | 10 |
| For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a computer's touchscreen for Seamless Expansion when watching? | 1.62 | 0 | 10 |
| For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a computer's trackpad for Seamless Expansion when watching? | 1.93 | 0 | 10 |
| Percentage of respondents indicating "yes" to the question, "Was your computer's trackpad configured to respond to taps when you performed those Seamless Expansion(s)?" | 58% | 0 | 1 |

41. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), touchscreen universal remotes were used for Seamless Expansion an average of approximately 2.25 times per movie in which Seamless Expansion was used since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

42. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), phone or tablet apps were used for Seamless Expansion an average of approximately two times per movie in which Seamless Expansion was used since

---

[3] In this table 3B, a weighted average is reported to provide an accurate measure of average number of Seamless Expansions for each interaction method. The same weight used as Table 2E.

March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

43. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), a computer's touchscreen was used for Seamless Expansion an average of approximately 1.62 times per movie in which Seamless Expansion was used since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

44. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), a computer's trackpad was used for Seamless Expansion an average of approximately 1.93 times per movie in which Seamless Expansion was used since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

45. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), a computer's trackpad used for Seamless Expansion was configured for taps approximately 58% of the time Seamless Expansion was used since March 1, 2013 by the larger population of United States Blu-ray owners 18 years of age and older.

**Table 3C:** Percentage of Seamless Expansion users using each of the four Seamless Expansion interaction methods

| Seamless Expansion Method | Percentage of Seamless Expansion Users Who Have Used the Method |
|---|---|
| Touchscreen Universal Remote | 34.93% |
| Phone or Tablet App | 29.85% |
| A Computer's Touchscreen | 20.30% |
| A Computer's Trackpad (configured for lightly tapping without pushing a button) | 14.52% |
| A Computer's Trackpad (configured for physically pushing trackpad button) | 9.45% |

46. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), the percentages reported in Table 3C above for each of the interaction methods described are approximately the same percentages that such interaction methods were used by United States Blu-ray owners 18 years of age and older who used Seamless Expansion since March 1, 2013.

**Using a motion without pushing a button for Seamless Expansion by DVD watchers**

47. Additional analysis was conducted to determine how DVD watchers used the Seamless Expansion feature without pushing a button on a selector device. I approached this from both a bottom-up and a top-down approach to come to a statistically reliable conclusion.

48. From the bottom-up, I evaluated those respondents who indicated not using Seamless Expansion when watching any Blu-ray movie, but watching one or more DVDs using Seamless Expansion. A total of 9 respondents met this condition.  Of the 9 individuals who used Seamless Expansion for watching at least one DVD, 4 used it once, 3 used it twice, and 3 used it thrice.  Of these 9 individuals, five (or 55.55%) used a touchscreen universal remote control to perform the Seamless Expansion.

49. To verify the scalability of these values, I compared this with a top-down approach.  I analyzed the remaining respondents from the study sample who had performed Seamless Expansion while watching at least one DVD. A total of 238 respondents (or 23.68% of the sample) met this condition. Of these respondents, when asked about their performance of Seamless Expansion since March 1, 2013 on any movie, 61.76% indicated using a touchscreen universal remote control for Seamless Expansion, 55.04% indicated using a phone or tablet app for Seamless Expansion, 42.85% indicated using a computer's touchscreen for Seamless Expansion, and 27.3% indicated using a computer's trackpad (configured to detect taps instead of requiring mechanical pushes) for Seamless Expansion.

50. The values for the larger sample of DVD watchers in the survey who also watched Blu-rays are comparable to the smaller sub-sample of DVD-only watchers.

51. Based on these numbers, I conclude that approximately 46%-55% of the 238 DVD watchers in the survey who performed Seamless Expansion on any of the DVDs listed in Table 2D since March 1, 2013 did so by making a motion to select an expansion cue without pushing a button on a selector device. (The 46% is the average of the four values from the larger sample, and 55% is the value obtained from the smaller sub-set of DVD-only watchers).

**52.** Given the larger scale of this study and its statistically valid results, it is my opinion that approximately 46%-55% of the larger population of United States Blu-ray owners 18 years of age and older who performed Seamless Expansion on any of the DVDs listed in Table 2D since March 1, 2013 did so by making a motion to select an expansion cue without pushing a button on a selector device.

27

**Table 3D:** Average measures of convenience, value, importance, and helpfulness to Seamless Expansion users.[4]

| Variable | Average Response | Min | Max |
|---|---|---|---|
| How convenient is it to have the Seamless Expansion feature available to you when watching a movie (including during the credits at the end of the movie)? | 5.25 | 1 | 7 |
| How valuable is being able to see and choose from different cues at the same time to access bonus content (e.g. behind-the-scenes videos, bloopers, historical vignettes, etc.) when watching a movie? | 5.04 | 1 | 7 |
| When watching movies on Blu-ray or DVD, how important is being able to use a touchscreen device of your choosing (e.g. phone, tablet, touchscreen universal remote)? | 4.05 | 1 | 7 |
| When browsing Seamless Expansion options, how helpful is it for the currently selected cue to change in appearance by expanding in size? | 4.73 | 1 | 7 |

53. Given the larger scale of this study and its statistically valid results, it is my opinion that in a larger pool of movie titles for which the titles included in the study would be representative (including titles not in the study), the average measures of convenience, value, importance, and helpfulness reported in Table 3D above are approximately the same for United States Blu-ray owners 18 years of age and older who used Seamless Expansion since March 1, 2013.

---

[4] In table 3D, a weighted average is reported to provide an accurate measure of Seamless Expansion use. The weight used is the number of movies seamlessly expanded by the respondent.

I declare that all statements made herein are true and correct under penalty of perjury.

_____                    ___September 8, 2016___
Signature                                          Date

**Exhibit 1**
**Text of questionnaire used for data collection**
Blu-ray and DVD Disc Watching Study - August 2016 – FINAL

Q1 Please answer these two questions to see if you qualify for participating in this survey.

Q2 Do you own 20 or more movies on Blu-Ray?
○ Yes
○ No

Q3 Do you or anyone in your household work in the motion picture industry?
○ Yes
○ No

Q4 Congrats! You qualify to participate in the survey.  We are conducting this survey to learn about watching behaviors of Blu-ray and DVD disc viewers. It will take about 10-12 minutes to complete.

Q5 Please read these instructions carefully: In this study, we are interested in how you use "Seamless Expansion" when watching movies on Blu-ray and DVD. The Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.     Next, we will show you a list of movies, and then ask questions about your use of Seamless Expansion while watching the movie on disc.   Please read each question carefully before providing your answers.

Q6 To remind you again, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up

automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q7 Which of the following movies have you watched on Blu-ray? [Read the list carefully and check all that apply]
- ❑ The Mummy (any in the series)
- ❑ The Little Mermaid
- ❑ Blow
- ❑ Austin Powers (any in the series)
- ❑ Big Hero 6
- ❑ Divergent or Insurgent
- ❑ Lone Survivor
- ❑ Ender's Game
- ❑ Crank
- ❑ Star Trek (2009)
- ❑ Jurassic Park (any in the series)
- ❑ Epic
- ❑ Bourne (any in the series)
- ❑ Percy Jackson (any in the series)
- ❑ Ex Machina
- ❑ Fast and Furious 6 or 7
- ❑ The Incredible Hulk
- ❑ Watchmen
- ❑ Deadpool
- ❑ Sicario
- ❑ I, Robot
- ❑ The Heat
- ❑ Captain America or Winter Soldier
- ❑ Life of Pi
- ❑ Forrest Gump
- ❑ The Wolfman
- ❑ Lord of the Rings (any in the series)
- ❑ Taken 1, 2 or 3
- ❑ The Sound of Music
- ❑ The Croods
- ❑ Oblivion
- ❑ Now You See Me
- ❑ I haven't watched any of these movies on Blu-ray

Q8 When watching these movies on Blu-ray, which ones did you or someone watching with you use Seamless Expansion since March 1, 2013? [Check all that apply]

Q9 To remind you again, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q10 Which of the following movies have you watched on Blu-ray? [Read the list carefully and check all that apply]
- ❏ X-Men or Wolverine (any in the series)
- ❏ Pitch Perfect 1 or 2
- ❏ Turbo
- ❏ Alien (any in the series)
- ❏ Guardians of the Galaxy
- ❏ Terminator 2: Judgment Day
- ❏ The Hangover (any in the series)
- ❏ Fifty Shades of Grey
- ❏ John Wick
- ❏ Thor or Thor: Dark World
- ❏ The Book of Eli
- ❏ Spy Game
- ❏ Disney Cars or Planes
- ❏ Finding Nemo
- ❏ RED 2
- ❏ The Avengers or Age of Ultron
- ❏ I, Frankenstein
- ❏ Inside Out
- ❏ Les Miserables
- ❏ Snow White and the Seven Dwarfs
- ❏ Terminator Salvation
- ❏ Enchanted
- ❏ Lucy

❑ Hunger Games (any in the series)
❑ Minions
❑ Rio 1 or 2
❑ The Hobbit (any in the series)
❑ Dawn of the Planet of the Apes
❑ Prince of Persia: Sands of Time
❑ Sherlock Holmes
❑ Friday the 13th
❑ Shrek the Third
❑ I haven't watched any of these movies on Blu-ray

Q11 When watching these movies on Blu-ray, which ones did you or someone watching with you use Seamless Expansion since March 1, 2013? [Check all that apply]

Q12 To remind you again, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q13 Which of the following movies have you watched on Blu-ray? [Read the list carefully and check all that apply]
❑ Harry Potter (any in the series)
❑ Pacific Rim
❑ Monsters Inc. or Monsters University
❑ American Sniper
❑ Maleficent
❑ The Last Witch Hunter
❑ Brave
❑ How to Train Your Dragon 1 or 2
❑ Man of Steel
❑ Elf
❑ Gladiator
❑ Gamer
❑ Frozen

❑ Home
❑ Ted 1 or 2
❑ Transformers
❑ Dredd
❑ My Bloody Valentine
❑ The Expendables 3
❑ Twilight (any in the series)
❑ Skyfall, Spectre, or Casino Royale
❑ The Martian
❑ The Dark Knight (any in the series)
❑ 300 or Rise of an Empire
❑ Iron Man 2 or 3
❑ The Lego Movie
❑ Up
❑ Despicable Me 1 or 2
❑ Tangled
❑ Avatar
❑ Straight Outta Compton
❑ I Am Legend
❑ I haven't watched any of these movies on Blu-ray

Q14 When watching these movies on Blu-ray, which ones did you or someone watching with you use Seamless Expansion since March 1, 2013? [Check all that apply]

Q15 To remind you again, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q16 Which of the following movies have you watched on DVD? [Read the list carefully and check all that apply]
❑ The X-Files (DVD)
❑ Titanic (DVD)
❑ Spy Game (DVD)

34

❑ The Matrix (DVD)
❑ I haven't watched any of these movies on DVD

Q17 When watching these movies on DVD, which ones did you or someone watching with you use Seamless Expansion since March 1, 2013? [Check all that apply]

Q18 As a reminder, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q19 For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use it?
○ 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ 7
○ 8
○ 9
○ 10+

Q20 For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a touchscreen universal remote for Seamless Expansion when watching?
○ 0
○ 1
○ 2
○ 3
○ 4
○ 5
○ 6

○ 7
○ 8
○ 9
○ 10+

Q21 For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a phone or tablet app for Seamless Expansion when watching?
○ 0
○ 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ 7
○ 8
○ 9
○ 10+

Q22 For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a computer's touchscreen for Seamless Expansion when watching?
○ 0
○ 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ 7
○ 8
○ 9
○ 10+

Q23 For each movie in which you used Seamless Expansion since March 1, 2013, on average, how many times did you use a computer's trackpad for Seamless Expansion when watching?
○ 0
○ 1

❍  2
❍  3
❍  4
❍  5
❍  6
❍  7
❍  8
❍  9
❍  10+

If 0 Is Selected, Then Skip To End of Block

Q24 Was your computer's trackpad configured to respond to taps when you performed those Seamless Expansion(s)?
❍  Yes (you lightly tap the trackpad without pushing a button to do things)
❍  No (you physically push the trackpad or button to do things)

Q25 To remind you again, the Seamless Expansion feature works as follows: While watching a movie (including the credits at the end of the movie) on Blu-ray, a viewer can bring up a pop-up menu that displays short descriptions or other cues about available bonus content. This includes behind-the-scenes videos, bloopers and the like.  If the viewer selects one of the cues from the pop-up menu, the bonus content is played while the movie (or credits) pauses.  In some movies, including some movies on DVD, a visual cue about available bonus content shows up automatically from time-to-time (for example, an icon in the corner of the screen).  If the viewer selects the cue, the bonus content is played.  In either scenario described above, after the bonus content is played, the movie resumes (or the credits continue rolling) about where it left off.  Using these features is called "Seamless Expansion" in this survey.

Q26 How convenient is it to have the Seamless Expansion feature available to you when watching a movie (including during the credits at the end of the movie)?
❍  Not at all convenient 1
❍  2
❍  3
❍  4
❍  5
❍  6
❍  Extremely convenient 7

Q27 How valuable is being able to see and choose from different cues at the same time to access bonus content (e.g. behind-the-scenes videos, bloopers, historical vignettes, etc.) when watching a movie?

37

○ Not at all valuable 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ Extremely valuable 7

Q28 When watching movies on Blu-ray or DVD, how important is being able to use a touchscreen device of your choosing (e.g. phone, tablet, touchscreen universal remote)?
○ Not at all important 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ Extremely important 7

Q29 When browsing Seamless Expansion options, how helpful is it for the currently selected cue to change in appearance by expanding in size?
○ Not at all helpful 1
○ 2
○ 3
○ 4
○ 5
○ 6
○ Extremely helpful 7

Q30 Please answer the following three demographic questions:

Q31 What is your gender?
○ Male
○ Female
○ Other _____
○ Prefer not to say

Q32 What is your approximate age?
○ 18-24
○ 25 - 34
○ 35 - 44

○ 45 - 54
○ 55 - 64
○ 65 - 74
○ 75 and over
○ Prefer not to say

Q33 Please indicate your approximate yearly household income before taxes. (Include total income of all adults living in your household.)
○ Under $25,000
○ $25,001 - $49,999
○ $50,000 - $74,999
○ $75,000 - $99,999
○ $100,000 -$149,999
○ $150,000 - $249,999
○ $250,000 and over
○ Prefer not to say

-----End of survey----

**Exhibit 2**
**Curriculum Vitae**

**UTPAL MUKUL DHOLAKIA**

Jones Graduate School of Business, Rice University

6100 Main Street, Houston, TX 77005-1892

Tel: (713) 581-4019 • Fax: (713) 348-6331 • Email: dholakia@rice.edu

---

## Education

1998    University of Michigan, Ann Arbor; Ph.D., Marketing
1997    University of Michigan, Ann Arbor; MS, Cognitive Psychology
1994    Ohio State University; MS, Industrial Engineering; Certificate in Engineering Management
1993    University of Bombay, Victoria Jubilee Technical Institute; BE, Industrial Engineering

## Positions

| | |
|---|---|
| May 2015 – present | George R. Brown Professor of Marketing, Rice University |
| July 2011 – April 2015 | Professor of Management, Rice University |
| July 2008 – June 2011 | William S. Mackey, Jr., and Verne F. Simons Distinguished Associate Professor of Management, Rice University |
| October – Dec 2008 | Visiting Professor, Korea University Business School, Seoul |
| Sep 2007- June 2008 | Jones School Distinguished Associate Professor of Management, JGSB, Rice University |
| July 2006 – August 2007 | Associate Professor of Management (with tenure), Rice University |
| April – June 2006 | Gastprofessor für Strategie und Unternehmensökonomik, University of Zurich |
| January – March 2006 | Visiting Assistant Professor of Marketing, London Business School |
| July 2001 – June 2006 | Assistant Professor of Management, Rice University |
| July 2000 – June 2001 | Independent Financial Services Marketing Consultant (Non-academic); Assistant Professor of Marketing, University at Buffalo, SUNY |
| April 1998 – June 2000 | Executive Associate/ Research Director, M&T Bank (Non-academic) |

## Research Impact Measures

- SSRN downloads/ Author Rank                                          **32,800/ 410**
- Google Scholar Citation Count/ h-index                        **11,083/ 43**
- Harzing's Publish or Perish Citation Count/ h-index      **10,993/ 42**
- SSCI Citation Count                                                        **2,935**
- Scopus Citation Count/ h-index                                    **3,726/ 27**

**Professional Honors and Awards**

| | |
|---|---|
| 2015 | Appointment to George R. Brown endowed chair in marketing, Rice University, May |
| 2015 | Winner of 2015 Steenkamp award for long-term impact, IJRM 2004 paper, May |
| 2015 | Winner of best reviewer award, *Journal of Retailing* for 2015 |
| 2013 | Winner of best paper award for 2013, Center for Positive Organizational Scholarship, University of Michigan (Employee engagement with strategic change paper) |
| 2012 | MBAP 5th Anniversary faculty professional impact award (given to faculty member who most positively impacted post MBA professional success of students and alumni) |
| 2012 | Scholarship Excellence Award, JGSB, Rice University, April |
| 2011 | Research Associate, Center for Hospitality Research, Cornell University |
| 2011 | Winner of best reviewer award, *Journal of Interactive Marketing* for 2011 |
| 2011 | Best paper finalist, *Journal of Service Research* for 2010 (Survey participation paper) |
| 2011 | AMA-Sheth doctoral consortium faculty, Oklahoma State University, June |
| 2011 | EMAC doctoral consortium faculty, Ljubljana, Slovenia, May |
| 2011 | Scholarship Excellence Award, JGSB, Rice University, April |
| 2010 | Best paper finalist, *Journal of Service Research* for 2009 (Com. service delivery paper) |
| 2010 | Teaching excellence award, MBA-Professionals Program, Class of 2010 |
| 2009 | Winner of Park award for best paper, *Journal of Consumer Psychology* for 2009 |
| 2008 | William S. Mackey, Jr., and Verne F. Simons Distinguished Associate Professor Chair |
| 2007 | Jones School Distinguished Associate Professor honorary title |
| 2006 | Scholarship Excellence Award, JGSB, Rice University, May |
| 2006 | Association of University Professors of Management 2005 Best paper award for the Algesheimer et al. (2005) JM paper, Germany |
| 2005 | Jones Student Association Class of 2005 Award for Excellence in Teaching, April |
| 2004 | ACR Doctoral Consortium Faculty, Portland Oregon, October |
| 2004 | AMA-Sheth Doctoral Consortium Faculty, Texas A&M University, June |
| 2003 | Winner of *Journal of Interactive Marketing* best paper award for 2002 |
| 1998 | Milton & Josephine Kendrick Award in Marketing for outstanding doctoral work, Michigan Business School |
| 1997 | AMA Doctoral Consortium Fellow, University of Cincinnati |
| 1997 | Doctoral Internationalization Consortium Fellow, University of Texas |
| 1997 | Midwest Marketing Camp participant |
| 1996 | Thomas William Leabo Memorial Award for outstanding doctoral work, Michigan Business School |
| 1996 | Discussant, 26th Annual Haring Symposium, Indiana University |
| 1995-98 | Phelps Fellow, Michigan Business School |
| 1993-94 | University Fellow, Ohio State University |
| 1993-95 | J. N. Tata Endowment Scholarship for Outstanding Undergraduate Work |
| 1993 | 2nd rank in University of Bombay in Graduating Industrial Engineering Class (approximately 500 students); B.E. first class distinction with honors |

## Refereed Articles

Algesheimer, Rene, Richard Bagozzi, and Utpal Dholakia (2016), "Key informant models for measuring group-level variables in small groups: Application to plural subject theory," ***Sociological Methods & Research***, in press.

Dholakia, Utpal M., Leona Tam, Sunyee Yoon and Nancy Wong (2016), "The Ant and the Grasshopper: Understanding Personal Saving Orientation of Consumers," ***Journal of Consumer Research***, 43(1), 134-155.

Allen, B. J., Utpal Dholakia, and Suman Basuroy (2016), "The Economic Benefits to Retailers from Customer Participation in Proprietary Web Panels," ***Journal of Retailing***, 92(2), 147-161.

Haws, Kelly L., Scott Davis, and Utpal Dholakia (2016), "Control over what? Individual differences in general versus eating and spending self-control," ***Journal of Public Policy and Marketing***, 35(1), 37-57.

Haws, Kelly L., Scott Davis and Utpal Dholakia (2016), "Salad = success and fries = failure? Conceptualizing and assessing self-control measures in food decision making research," ***Journal of Consumer Behaviour***, 15(2), 99-116.

Tam, Leona and Utpal M. Dholakia (2014), "Saving in cycles: How to get people to save more money," ***Psychological Science***, 25(2), 531-537.

Almeida, Stefânia Ordovás, Utpal M Dholakia, José Mauro Hernandez, and José Afonso Mazzon (2014), "The mixed effects of participant diversity and expressive freedom in online peer-to-peer problem solving communities" ***Journal of Interactive Marketing***, 28(3), 196-209.

Loveland, Kate, Naomi Mandel, and Utpal Dholakia (2014), "Understanding homeowners' pricing decisions: An investigation of the roles of ownership duration and financial and emotional reference points," ***Customer Needs and Solutions***, 1, 225-240.

Tam, Leona and Utpal M. Dholakia (2013), "The consequences and correction of inflation in personal savings estimates in specific future time frames," ***Journal of Behavioral Decision Making***, 26(2), 139-151.

Zhu, Juliet, Utpal M. Dholakia, Xinlei Chen, and René Algesheimer (2012), "Does online community participation foster risky financial behavior?" ***Journal of Marketing Research***, 49(3), 394-407.

Sonenshein, Scott  and Utpal M. Dholakia (2012), "Explaining employee engagement with strategic change implementation: A meaning-making approach," ***Organization Science***, 23(1), 1-23. ****Lead article***

Haws, Kelly L., William O. Bearden, and Utpal M. Dholakia (2012), "Situational and trait interactions among goal orientations," ***Marketing Letters***, 23 (1), 47-60.

Herzenstein, Michal, Scott Sonenshein and Utpal M. Dholakia (2011), "Tell me a good story and I may lend you my money: The role of narratives in peer-to-peer lending decisions," ***Journal of Marketing Research***, 48, S138-S149.

Sonenshein, Scott, Michal Herzenstein, and Utpal M. Dholakia (2011), "How accounts shape lending decisions through fostering trustworthiness," ***Organizational Behavior and Human Decision Processes***, 115(1), 69-84.

Tam, Leona and Utpal M. Dholakia (2011), "Delay and duration effects of time frames on personal savings estimates and behavior," ***Organizational Behavior and Human Decision Processes***, 114(2), 142-152.

Dholakia, Utpal M. (2011), "Why unhappy employees can wreck promotional offers," ***Harvard Business Review***, 89(1-2), Reprint F1101C.

Herzenstein, Michal, Utpal M. Dholakia, and Rick Andrews, (2011) "Strategic herding behavior in peer-to-peer online loan auctions," ***Journal of Interactive Marketing***, 25(1), 27-36.

Algesheimer, René, Utpal M. Dholakia and Călin Gurău (2011), "Virtual team performance in a highly competitive environment," ***Group and Organization Management***, 36(2), 161-190.

Haws, Kelly, L., Utpal M. Dholakia, and William O. Bearden (2010), "An assessment of chronic regulatory focus measures," ***Journal of Marketing Research***, 47(October), 967-982.

Algesheimer, René, Sharad Borle, Utpal M. Dholakia, and Siddharth S. Singh (2010), "The impact of customer community participation on customer behaviors: An empirical investigation," ***Marketing Science***, 29(4), 756-769.

Dholakia, Utpal M. and Emily Durham (2010), "One café chain's Facebook experiment" ***Harvard Business Review***, 88(3), 26. Reprint F1003E.

Dholakia, Utpal M., Siddharth S. Singh and Robert A. Westbrook (2010), "Understanding the effects of post-service experience surveys on delay and acceleration of customer purchasing behavior: Evidence from the automotive services industry," ***Journal of Service Research***, 13(4), 362-378.***Lead article; * JSR best paper finalist for 2010***.

Brüggen, Elisabeth and Utpal M. Dholakia (2010), "Determinants of participation and response effort in web panel surveys," ***Journal of Interactive Marketing***, 24(3), 239-250.

Dholakia, Utpal M., Barbara E. Kahn, Randy Reeves, Aric Rindfleisch, David Stewart, and Earl Taylor (2010), "Consumer behavior in a multichannel, multimedia environment," ***Journal of Interactive Marketing***, 24(2), 86-95.

Dholakia, Utpal M., Vera Blazevic, Caroline Weirtz, and Rene Algesheimer (2009), "Communal service delivery: How customers benefit from participation in firm-hosted virtual P3 communities," ***Journal of Service Research***, 12(2), 208-226. ***JSR best paper finalist for 2009***.

Dholakia, Utpal M. and Silvia Vianello (2009), "Effective brand community management: Lessons from customer enthusiasts," ***Sloan Management Review/ Wall Street Journal Business Insights***, August 17.

Borle, Sharad, Utpal M. Dholakia, Siddharth Singh and Robert Westbrook, (2007), "The impact of survey participation on subsequent customer behavior: An empirical investigation," *Marketing Science*, 26 (5), 711-726.

Dholakia, Utpal M., Richard P. Bagozzi and Mahesh Gopinath, (2007), "How formulating implementation plans and remembering past actions facilitate the enactment of effortful decisions," *Journal of Behavioral Decision Making*, 20, 343-364.

Bagozzi, Richard P., Utpal M. Dholakia, and Lisa Klein (2007), "Antecedents and consequences of online social interactions," *Media Psychology*, 9(1), 77-114.

Algesheimer, René and Utpal M. Dholakia (2006), "Do customer communities pay off?" *Harvard Business Review*, November, Reprint Number F0611E.

Bagozzi, Richard P. and Utpal M. Dholakia (2006), "Open Source Software User Communities: A Study of Participation in Linux User Groups," *Management Science*, 52(7), 1099-1115.

Dholakia, Utpal M. (2006), "How Customer Self-Determination Influences Relational Marketing Outcomes: Evidence from Longitudinal Field Studies," *Journal of Marketing Research*, 43(1), 109-120.

Dholakia, Utpal M., Mahesh Gopinath, Richard P. Bagozzi, and Rajan Nataraajan (2006), "The Role of Regulatory Focus in the Experience and Self-Control of Desire for Temptations," *Journal of Consumer Psychology*, 16(2), 163-175. * *Inaugural Park award winner for best paper in JCP in Volume 16*.

Bagozzi, Richard P. and Utpal M. Dholakia (2006), "Antecedents and Purchase Consequences of Customer Participation in Small Group Brand Communities," *International Journal of Research in Marketing*, 23(1), 45-61.

Bagozzi, Richard P., Utpal M. Dholakia, and Amit Mookerjee (2006), "Individual and Group Bases of Social Influence in Online Environments," *Media Psychology*, 8(2), 95-126.

Dholakia, Utpal M. and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24(2), 206-217.

Algesheimer, René, Utpal M. Dholakia, and Andreas Herrmann (2005), "The Social Influence of Brand Community: Evidence from European Car Clubs," *Journal of Marketing*, 69(3), 19-34.

Dholakia, Utpal M., Mahesh Gopinath, and Richard P. Bagozzi (2005), "The Role of Desires in Sequential Impulsive Choices," *Organizational Behavior and Human Decision Processes*, 98(2), 179-194.

Dholakia, Utpal M. (2005), "The Hazards of Hounding," *Harvard Business Review*, 83(10), 20-24. Reprint Number. F0510X.

Dholakia, Utpal M. (2005), "The Usefulness of Bidders' Reputation Ratings to Sellers in Online Auctions," *Journal of Interactive Marketing*, 19(1), 31-40.

Cheema, Amar, Peter T. L. Popkowski, Rajesh Bagchi, Richard P. Bagozzi, James C. Cox, Utpal M. Dholakia, Eric A. Greenleaf, Amit Pazgal, Michael H. Rothkopf, Michael Shen, Shyam Sunder, and Robert Zeithammer (2005), "Economics, Psychology, and Social Dynamics of Consumer Bidding in Auctions," *Marketing Letters*, 16(3/4), 401-413.

Priester, Joseph R., Utpal M. Dholakia and Monique A. Fleming (2004), "When and Why the Background Contrast Effect Emerges: Thought Engenders Meaning by Influencing the Perception of Applicability," *Journal of Consumer Research*, 31(3), 491-501. * *Lead article*

Dholakia, Utpal M., Richard P. Bagozzi, and Lisa Klein Pearo (2004), "A Social Influence Model of Consumer Participation in Network- and Small-Group-Based Virtual Communities," *International Journal of Research in Marketing*, 21(3), 241-263. * *Nominated for the AMA Technology and Innovation Special Interest Group (TechSIG) 2005 Best Article Award; *Winner of 2015 Steenkamp award for long-term impact, IJRM.*

Dholakia, Utpal M. and Debabrata Talukdar (2004), "How Social Influence Affects Consumption Trends in Emerging Markets: An Empirical Investigation of the Consumption Convergence Hypothesis," *Psychology and Marketing*, 21(10), 775-797.

Bagozzi, Richard P., Utpal M. Dholakia and Suman Basuroy (2003), "How Effortful Decisions get Enacted: The Motivating Role of Decision Processes, Desires and Anticipated Emotions," *Journal of Behavioral Decision Making*, 16(4), 273-95.

Dholakia, Utpal M. and Richard P. Bagozzi (2003), "As Time Goes By: How Goal and Implementation Intentions Influence Enactment of Short-Fuse Behaviors," *Journal of Applied Social Psychology*, 33(5), 889-922. * *Lead article*

Dholakia, Utpal M. and Vicki G. Morwitz (2002), "The Scope and Persistence of Mere-Measurement Effects: Evidence From a Field-Study of Customer Satisfaction Measurement," *Journal of Consumer Research*, 29 (September), 159-167. * *Lead article*

Dholakia, Utpal M. and Richard P. Bagozzi (2002), "Mustering Motivation to Enact Decisions: How Decision Process Characteristics Influence Goal Realization," *Journal of Behavioral Decision Making*, 15(3), 167-188. * *Lead article*

Dholakia, Utpal M., Suman Basuroy and Kerry Soltysinski (2002), "Auction or Agent (or Both)? A Study of Moderators of the Herding Bias in Digital Auctions," *International Journal of Research in Marketing*, 19(2), 115-130. * *Lead article*

Dholakia, Utpal M. and Vicki G. Morwitz (2002), "How Surveys Influence Customers", *Harvard Business Review*, 80(5), 18-19. Reprint Number F0205A.

Bagozzi, Richard P. and Utpal M. Dholakia (2002), "Intentional Social Action in Virtual Communities," *Journal of Interactive Marketing*, 16(2), 2-21. * *Lead article * Winner of the Inaugural Award for Best Paper in JIM in 2002*

Dholakia, Utpal M. and Kerry Soltysinski (2001), "Coveted or Overlooked? The Psychology of Bidding for Comparable Listings in Digital Auctions," *Marketing Letters*, 12(3), 223-235.

Dholakia, Utpal M. (2001), "A Motivational Process Model of Product Involvement and Consumer Risk Perception," *European Journal of Marketing*, 35, 11/12, 1340-1360.

Dholakia, Utpal M. (2000), "Temptation and Resistance: An Integrated Model of Consumption Impulse Formation and Enactment," *Psychology and Marketing*, 17 (11), 955-982.

Weber, John A. and Utpal M. Dholakia (2000), "Including Marketing Synergy in Acquisition Analysis: A Step-wise Approach," *Industrial Marketing Management*, 29, 157-177

Bagozzi, Richard P. and Utpal M. Dholakia (1999), "Goal setting and Goal striving in Consumer Behavior," *Journal of Marketing*, 63, 19-32.

Weber, John A. and Utpal M. Dholakia (1998), "Planning Market Share Growth in Mature Industrial Markets," *Industrial Marketing Management*, 27, 401-428.

Dholakia, Utpal M. and Lopo L. Rego (1998), "What Makes Web-Pages Popular? An Empirical Investigation of Web-Page Effectiveness," *European Journal of Marketing*, 32, 7/8, 724-736.

## Refereed Book Chapters

Dholakia, Utpal M. (2015), "Three senses of desire in consumer research," in Loran Nordgren and Wilhelm Hofmann (Eds.), *The Psychology of Desire*, Guilford Press, 407-431.

Dholakia, Utpal M. (2010), "A critical review of question-behavior effect research," *Review of Marketing Research*, 7, 147-199.

Dholakia, Utpal M. and René Algesheimer (2010), "Brand Community" in Richard P. Bagozzi and Ayalla Ruvio (Eds.), *Consumer Behavior–Wiley International Encyclopedia of Marketing*, New York: John Wiley, accepted, in press.

Dholakia, Utpal M., and Richard Baraniuk (2009), "The Roles of Social Networks and Communities in Open Education Programs," in Stylianos Hatzipanagos, *Handbook of Research on Social Software*, 133-144.

Bagozzi, Richard P. and Utpal M. Dholakia (2005), "Collective Intentional Action in Virtual Communities," in Mehdi Khosrow-Pour (Editor), *Encyclopedia of Information Science and Technology*, Hershey, PA: IDEA Group, 451-456.

Bagozzi, Richard P. and Utpal M. Dholakia (2005), "Three Roles of Past Experience in Goal Setting and Goal Striving", in Tilman Betsch and Susanne Haberstroh (Editors), *The Routines of Decision Making*, Lawrence Erlbaum, 21-38.

Dholakia, Utpal M. and Richard P. Bagozzi (2004), "Motivational Antecedents, Constituents, and Consequences of Virtual Community Identity," in Susan Godar and Sharmila Pixie-Ferris (Editors), *Virtual and Collaborative Teams: Process, Technologies, and Practice*, IDEA Group, 253-268.

Dholakia, Utpal M. and Richard P. Bagozzi (2001), "Consumer Behavior in Digital Environments," in *Digital Marketing: Global Strategies from the World's Leading Experts*, Jerry Wind and Vijay Mahajan (Editors), New York: Wiley, 163-200

**Blog**

**The Science Behind Behavior - Psychology Today (since July 2015)**
https://www.psychologytoday.com/blog/the-science-behind-behavior

## Invited Papers & Practitioner-Oriented Pieces

Dholakia, Utpal M. (2016), "Why nudging your customers can backfire," *Harvard Business Review Digital Article*, April 15. Available online at: https://hbr.org/2016/04/why-nudging-your-customers-can-backfire.

Dholakia, Utpal M. (2016), "Brands are behaving like organized religions," *Harvard Business Review Digital Article*, February 18. Available online at: https://hbr.org/2016/02/brands-are-behaving-like-organized-religions

Dholakia, Utpal M. (2015), "Everyone Hates Uber's Surge Pricing – Here's How to Fix It," *Harvard Business Review Digital Article*, December 21. Available online at: https://hbr.org/2015/12/everyone-hates-ubers-surge-pricing-heres-how-to-fix-it

Dholakia, Utpal M. (2015), "How managers should judge psychology experiments," *Harvard Business Review Digital Article*, August 31. Available online at: https://hbr.org/2015/08/how-managers-should-judge-psychology-experiments

Dholakia, Utpal M. (2015), "What to do when satisfied B2B customers refuse to recommend you," *Harvard Business Review Digital Article*, August 13. Available online at: https://hbr.org/2015/08/what-to-do-when-satisfied-b2b-customers-refuse-to-recommend-you

Dholakia, Utpal M. (2015), "The risks of changing your prices too often," *Harvard Business Review Digital Article*, July 6. Available online at: https://hbr.org/2015/07/the-risks-of-changing-your-prices-too-often

Dholakia, Utpal M. (2015), "The perils of algorithm-based marketing," *Harvard Business Review Digital Article*, June 17, Available online at: https://hbr.org/2015/06/the-perils-of-algorithm-based-marketing.

Almeida, Stefânia Ordovás, José Afonso Mazzon, Utpal M Dholakia, and Hugo Müller Neto (2013), "Participant diversity and expressive freedom in firm-managed and customer-managed brand communities" *Brazilian Administration Review*, 10(2), 195-218.

Wu, Joyce, Sheryl E. Kimes and Utpal Dholakia (2012), "Restaurant Daily Deals: The Operator Experience", *Cornell Hospitality Report*, Volume 12, Number 16. Available online at: http://www.hotelschool.cornell.edu/research/chr/pubs/reports/abstract-16461.html

Dholakia, Utpal M. (2012), "New Research: The Effects of Running Multiple Daily Deals," *Harvard Business Review Research Blog*, July 11. http://blogs.hbr.org/cs/2012/07/new_research_the_effects_of_ru.html

Dholakia, Utpal M. (2012), "How Businesses Fare with Daily Deals as They Gain Experience: A Multi-Time Period Study of Daily Deal Performance," Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2091655.

Dholakia, Utpal M. (2011), "What daily-deal shoppers want," **Forbes CMO Network**, Available online at: http://www.forbes.com/sites/onmarketing/2011/09/23/what-daily-deal-shoppers-want/.

Kimes, Sheryl E. and Utpal M. Dholakia (2011), "Restaurant Daily Deals: Customers' Responses to Daily Deals," **Cornell University Center for Hospitality Research Report**, Volume 11, Number 20, Available online at: http://www.hotelschool.cornell.edu/research/chr/pubs/reports/abstract-15899.html.

Dholakia, Utpal M. and Sheryl E. Kimes (2011), "Daily Deal Fatigue or Unabated Enthusiasm? A Study of Consumer Perceptions of Daily Deal Promotions," Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1925865

Ordovás de Almeida, Stefânia, José Afonso Mazzon, Utpal M. Dholakia and Hugo Fridolino Müller Neto (2011), "Os efeitos da participação em comunidades virtuais de marca no comportamento do consumidor: Proposição e teste de um modelo teórico," **Revista de Administração Contemporânea**, 15(3), 366-391. **\* In Portuguese (Brazil), \* Lead article**

Dholakia, Utpal M. (2011), "How Businesses Fare with Daily Deals: A Multi-Site Analysis of Groupon, Livingsocial, Opentable, Travelzoo, and BuyWithMe Promotions," Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1863466

Dholakia, Utpal M. (2011), "Beware of innovations from daily-deal sites," **Harvard Business Review Research Blog**, March 25. Available online at: http://blogs.hbr.org/cs/2011/03/what_to_make_of_daily_deal_inn.html

Dholakia, Utpal M. (2011), "A Startup's Experience with Running a Groupon Promotion," Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1828003

Dholakia, Utpal M. (2011), "What Makes Groupon Promotions Profitable for Businesses?" Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1790414

Dholakia, Utpal M. (2010), "How effective are Groupon promotions for businesses?" Available online at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1696327

Dholakia, Utpal M. (2010), "Google beware: Groupon is no YouTube," **Harvard Business Review Research Blog**, December 3. Available online at: http://blogs.hbr.org/cs/2010/12/google_beware_groupon_is_no_yo.html

Mittal, Vikas, Rajan Sambandam, and Utpal M. Dholakia (2010), "The Brand Insulation Effect," **Marketing Research**, Summer, 8-13.

Mittal, Vikas and Utpal M. Dholakia (2010), "Why Toyota Will be All Right: Brand Insulation," Op-ed, **Houston Chronicle**, March 12.

Mittal, Vikas, Rajan Sambandam, and Utpal M. Dholakia (2010), "Does Media Coverage of Toyota Recalls Reflect Reality?" *Harvard Business Review Research Blog*, March 9. Available online at: http://blogs.hbr.org/research/2010/03/does-media-coverage-of-toyota.html

Dholakia, Utpal M. (2006), "What makes an open education program sustainable?" *OECD Papers on CERI - Open Educational Resources Program*.

Dholakia, Utpal M. (2005), "Concept Discovery, Process Explanation, and Theory Deepening in e-Marketing Research: The Case of Online Auctions," *Marketing Theory*, 5(1), 117-124.* *Invited commentary for special issue on e-Marketing theory*

Dholakia, Utpal M., Stacy Roll and John McKeever (2005), "Building Community in Connexions," Market Research Report for Connexions Project, Rice University, January 2005.

Dholakia, Utpal M., Vicki G. Morwitz, and Robert A. Westbrook (2004), "Firm-Sponsored Satisfaction Surveys: Positivity Effects on Customer Purchase Behavior?," MSI Working paper series, 04-121, 95-112.

## Selected Research in Progress

1. Borle, Sharad, Utpal Dholakia and Siddharth Singh (2016), "Long-term effects of discount vouchers", being revised.

2. Chowdhry, Nivriti, Jihye Jung, and Utpal Dholakia (2016), "Financial self-awareness", being revised.

3. Herzenstein, Michal, Utpal Dholakia, and Scott Sonenshein (2016), "Prosocial choice".

4. Jihye Jung, Nivriti Chowdhry, and Utpal Dholakia (2015), "Possessions and financial decision making," working paper.

5. Singh, Siddharth, Utpal M. Dholakia and Sharad Borle (2016), "Social lending and affiliation groups," being revised.

6. Sonenshein, Scott, Michal Herzenstein and Utpal M. Dholakia (2016), "raising venture capital" working paper.

7. Yanliu Huang, Utpal Dholakia and Leona Tam (2016), "Metacognitive effects of planning", under first review.

8. Zhao, Yang, Rene Algesheimer, and Utpal Dholakia (2016), "Customer fraud", working paper.

9. Brunneder, Johanna, Kristof Coussement, Utpal Dholakia, and Sharad Borle (2016), "online community moderators".

10. Brunneder, Johanna and Utpal Dholakia (2016), "Customer production," working paper.

## Refereed Conference Proceedings

Dholakia, Utpal M. (1998), "Involvement-Response Models of Joint Effects: An Empirical Test and Extension," in Joseph Alba and J. Wesley Hutchinson (Eds.), *Advances in Consumer Research*, Volume 25, 499-506.

Dholakia, Utpal M. (1997), "An Investigation of the Relationship between Perceived Risk and Enduring Product Involvement," in Deborah L. MacInnis and Merrie Brucks (Eds.), *Advances in Consumer Research*, Volume 24.

Dholakia, Utpal M. (1997), "An Investigation of some Determinants of Brand Commitment," in Deborah L. MacInnis and Merrie Brucks (Eds.), *Advances in Consumer Research*, Volume 24.

## Refereed Conference Presentations

Tirunillai, Seshadri, Aarti Ivanic, Suresh Ramanathan and Utpal Dholakia (2016), "How Governance Structure Affects Customer Engagement in Social Media: Findings from a Longitudinal Field Experiment", *Theory & Practice in Marketing Conference*, Houston, May 2016.

Lee, Leonard, Jeff Inman, et al. (2016), "From Browsing to Buying and Beyond: Treading the Path to Purchase," *10th Triennial Invitational Choice Symposium*, Lake Louise, Canada, May 2016.

Lee, Leonard et al. (2015), "Conducting field experiments in consumer research," Roundtable at *ACR-Asia Pacific Conference*, Hong Kong, June.

Haws, Kelly, Utpal Dholakia, and Scott Davis (2014), "Control over What? Assessing General and Domain-Specific Self-Control," *ACR Conference 2014*, Baltimore, October.

Huang, Yanliu, Utpal Dholakia, and Leona Tam (2014), "A metacognitive perspective on the motivational benefits of planning across domains," *ACR Conference 2014*, Baltimore, October.

Sonenshein, Scott, Michal Herzenstein and Utpal Dholakia (2014), "The role of number of options in prosocial choice," *2014 EMAC Conference*, Valencia Spain, June.

Tam, Leona, Sunyee Yoon, Nancy Wong and Utpal Dholakia (2014), "The Ant and the Grasshopper: Understanding Personal Savings Orientation".
- *Boulder Summer Conference on Consumer Financial Decision Making*, Boulder, May.
- *2014 EMAC conference*, Valencia Spain, June.

Haws, Kelly, Utpal Dholakia, Scott Davis and Yeosun Yoon (2014), "Control over What? A Theoretical and Empirical Examination of General and Domain-Specific Self-Control," *2014 Society for Consumer Psychology Conference*, Miami, March.

Allen, B.J., Utpal Dholakia and Suman Basuroy (2014), "The Effects of Web Panel Survey Participation on Customer Behaviors: An Empirical Investigation,"
- *2014 AMA Winter Educators' Conference*, Orlando, February.
- *La Londe Conference*, Aix-en-Provence, France, May.

Sonenshein, Scott, Michal Herzenstein and Utpal Dholakia (2013), "Crowdfunding to make a difference: The role of choice in funding social ventures," *ACR Conference 2013*, Chicago, October.

Tam, Leona, Utpal Dholakia and Minghua Jiang (2013), "Learning cyclical saving from Chinese consumers: How Americans can save more money," ***2013 Yale CKGSB China India Insights Conference***, New York, September.

Dholakia, Utpal M. (2012), "Enhancing the effects of daily deal promotions for small- and medium-sized businesses," ***Yale Customer Insights Conference 2012***, New Haven, May.

Tam, Leona, Hanie Lee and Utpal M. Dholakia (2011), "The effects of circular and linear time orientations on personal savings estimates and savings behavior," ***SCP Conference 2011***, Atlanta, February.

Tam, Leona, Hanie Lee and Utpal M. Dholakia (2010), "The effects of circular and linear time orientations on personal savings estimates and savings behavior," ***ACR Conference 2010***, Tampa, October.

Algesheimer, René, Sharad Borle, Utpal M. Dholakia and Siddharth Singh (2010), "The surprising effects of self-selection in customer communities: Results from a long-term field investigation," ***EMAC Conference 2010***, Copenhagen Denmark, June.

Gopinath, Mahesh and Utpal M. Dholakia (2010), "The motivational effects of recalling unsuccessful past actions on the enactment of effortful decisions," ***AMS Conference***, Portland Oregon, May.

Bertini, Marco and Utpal M. Dholakia (2010), "Financial incentives and consumer product choices," ***Society for Consumer Psychology Conference***, St. Pete's Beach, Florida, March.

Ordovás de Almeida, Stefânia, Utpal Dholakia, José Afonso Mazzon, and Hugo Fridolino Muller (2010), "The Effects of Participation in Online Brand Communities: Findings from XBOX Communities in Brazil", ***AMA Winter Educators' Conference***, New Orleans, February.

Bertini, Marco and Utpal M. Dholakia (2009), "Financial incentives and consumer product choices," ***ACR Conference***, Pittsburgh, October.

Herzenstein, Michal, Rick Andrews, and Utpal M. Dholakia (2009), "The democratization of personal consumer loans? The determinants of interest rate in peer-to-peer lending," ***Marketing Science Conference***, Ann Arbor, Michigan, June.

Tam, Leona and Utpal M. Dholakia (2008), "Save tomorrow? The effects of time frame duration and delay on personal savings estimates of consumers", ***SCP Summer Conference***, Boston, August.

Algesheimer, René and Utpal M. Dholakia (2008), "The long-term effects of joining and participating in customer communities," ***37th EMAC Conference***, Brighton, London, May.

Tam, Leona and Utpal M. Dholakia (2008), "Save tomorrow? The effects of time frame duration and delay on personal savings estimates of consumers", ***37th EMAC Conference***, Brighton, London, May. *** Chair of Consumer Behavior session**

Kosfeld, Michael, René Algesheimer, Lorenz Götte, Utpal M. Dholakia, and Ernst Fehr (2007), "Trust and social interaction," ***Behavioral Public Economics workshop***, Austria, October.

Blazevic, Vera, Caroline Wiertz, Utpal M. Dholakia, and René Algesheimer (2007), "The impact of learning and community design features on participationi n customer communities for service support," *Frontiers in Service Conference*, San Francisco, October.

Dholakia, Utpal M. and René Algesheimer (2007). The Long-Term Effects of Joining and Participating in Customer Communities. Emerging issues from academia, *Creating and Cultivating Brand Connections, MSI Conference*, Minneapolis, June 2007.

Herzenstein, Michal, Utpal M. Dholakia, and Evgeny Lyandres (2007). A study of bidding behavior in peer-to-peer online lending auctions. *Marketing Science Conference*, Singapore, June 2007.

Blazevic, Vera, Caroline Weirtz and Utpal M. Dholakia. (2007). Determinants of participation in technical support communities. *36th EMAC Conference*, Reykjavik, Iceland, May 2007.

Singh, Siddharth, Utpal M. Dholakia, and Robert Westbrook. (2007). How Questions Change Customer Behavior: The Role of Survey-Induced Inferences. *36th EMAC Conference*, Reykjavik, Iceland, May 2007.

Dholakia, Utpal M., Richard Baraniuk, and W. Joseph King (2006), "What makes an open education program sustainable? The case of Connexions. *Open Education 2006: Community, Culture, and Content, COSL, Utah State University*, Logan UT, September.

Dholakia, Utpal M., Vicki G. Morwitz, and Robert Westbrook (2006), "The positivity effect of survey participation", *ACR Conference*, Orlando Florida, September.

Almeida, Stefânia Ordovás, Utpal M. Dholakia, and Silvia Vianello, (2006), Processes and Outcomes of Consumer Interactions in Virtual communities". *ACR Conference*, Orlando Florida, September. *Co-Chair of session on Processes and Outcomes of Consumer interactions within brand communities with Stefânia Ordovás de Almeida of University of São Paulo*

Vianello, Silvia and Utpal M. Dholakia (2006), "A study of sharing in customer communities". *35th EMAC Conference*, Athens, Greece, May 2006.

Vianello, Silvia and Utpal M. Dholakia (2006), "A study of free-riding-mitigating mechanisms in consumer networks", *35th EMAC Conference*, Athens, Greece, May 2006.

Dholakia, Utpal M., W. Joseph King, and Richard Baraniuk (2005), "Four pillars of open education program sustainability: Usability, content, community, and brand equity," *Advancing the Effectiveness and Sustainability of Open Education Conference, COSL, Utah State University*, Logan UT, September.

Dholakia, Utpal M., Vicki Morwitz and Bob Westbrook (2004), "Survey participation effects on customer purchase behavior: Increased judgment accessibility or positivity?" *ACR Conference 2004*, Portland Oregon, October.

Dholakia, Utpal M. (2004), "Decision making biases in online auctions," *2004 CU-Boulder Invitational Choice Symposium*, Estes Park, Colorado, June.

Dholakia, Utpal M. and Richard P. Bagozzi (2003), "Sequential impulsive choices in a decision making episode," *ACR Conference 2003*, Toronto Canada, October.  *** Chaired session on role of regulatory focus in evaluations, judgments & choices**

Dholakia, Utpal M. and Itamar Simonson (2003), "The effect of explicit reference points on purchase decisions and online purchase behavior," *ACR Conference 2003*, Toronto Canada, October 10.  *** Co-Chaired session on Participative Pricing with Amar Cheema of Washington University at St. Louis**

Debabrata Talukdar, Utpal M. Dholakia and Suman Basuroy (2003) "Linking Consumers' Online Auction Bidding Behavior and Retail Market Price Dispersion: An Information Economics Perspective," *Marketing Science Conference*, Washington DC, June.

Dholakia, Utpal M. and Itamar Simonson (2003), "Explicit versus Implicit Reference Prices: Results from Field Studies of Online Auctions," *2003 Winter Educators' Conference*, Orlando Florida, February 16.

Priester, Joseph, Utpal M. Dholakia, and Monique Fleming (2002), "The role of thought in decision biases and bias (over-) correction," *Association for Consumer Research 2002 Conference*, Atlanta, Georgia, September.

Dholakia, Utpal M. (2002), "Dynamic and persistent anchors: How adjacent listing prices influence focal listing success in digital auctions," *5th Annual Fordham Pricing Conference*, New York City, September.

Dholakia, Utpal M. (2002), "Dynamic and persistent anchors: How adjacent listing prices influence focal listing success in digital auctions," *INFORMS-Cornell Conference on Pricing*, Ithaca, New York, September.

Morwitz, Vicki, and Utpal M. Dholakia (2002), "The scope and persistence of mere-measurement effects," *13th Annual Advanced Research Techniques Forum*, Vail, Colorado, June.

Priester, Joseph, Utpal M. Dholakia, and Monique Fleming (2002), "The role of thought in decision biases and bias (over-) correction," *Association for Consumer Research 2002 Asia-Pacific Conference*, Beijing, China, May.

Dholakia, Utpal M., Richard P. Bagozzi, and Rajan Nataraajan (2002), "The role of regulatory focus in the experience and control of dissonant desires", *SCP 2002 Winter Conference*, Austin, February.

Dholakia, Utpal M., Suman Basuroy and Kerry Soltysinski (2001), "Bidding biases in Digital Consumer Auctions," *Society of Consumer Psychology Conference*, San Francisco, August.  *** Chaired session on Bidding Behavior at the Auction.**

Dholakia, Utpal M. and Vicki G. Morwitz (2001), "The attitudinal mere-measurement effect: How measuring customer satisfaction influences transactional and relational behaviors of existing customers," *Marketing Science Conference*, Mannheim, Germany, July.

Dholakia, Utpal M. (1999), "There's More Here than Meets the Eye: Estimating Life-time Value of Individual Customer Relationships," the *Tenth Advanced Research Techniques Forum*, Santa Fe, New Mexico, June.

Dholakia, Utpal M. and Joseph R. Priester (1998), "An Examination of the Psychological Processes Underlying Context-induced Biases in Consumer Choice," *Society for Consumer Psychology Conference*, Austin, Texas, February.

Dholakia, Utpal M. (1997), "Involvement-Response Models of Joint Effects: An Empirical Test and Extension," *Association for Consumer Research Conference*, Denver, Colorado, October

Gupta, Sunil and Utpal M. Dholakia (1997), "Factors affecting Web Users' Adoption of Online Buying," *Marketing Science Conference*, Berkeley, California, March 23.

Dholakia, Utpal M. (1997), "Motivational Antecedents and Behavioral Consequences of Consumer Risk Perceptions," *Society for Consumer Psychology (SCP) Conference*, Chicago, Illinois, August.

Dholakia, Utpal M. and Lopo L. Rego (1997), "Drivers of Advertising Effectiveness on Commercial Web-Pages," *Society for Consumer Psychology (SCP) Conference*, St. Petersburg, Florida, February 14.

Dholakia, Utpal M. (1996), "An Investigation of some Determinants of Brand Commitment," *Association for Consumer Research Conference*, Tucson, Arizona, October 13.

Dholakia, Utpal M. (1996), "An Investigation of the Relationship between Perceived Risk and Enduring Product Involvement," *Association for Consumer Research Conference*, Tucson, Arizona, October 12.


**Invited Talks and Presentations**

"Understanding the influences of consumers' personal saving orientation"
- University of Illinois at Urbana-Champaign marketing seminar series, February 2016.
- Cass Business School, City University London research workshop, April 2016.
- University of Zurich Institut für Betriebswirtschaftslehre research seminar, June 2016.

"Breaking down silos in a multi-division organization," The Piik Workshop, Lenzerheide, Switzerland, May 2016.

"How to Make Better Financial Decisions: Insights From Academic Research" JGSB Alumni Reunion 2016 Executive Education Session, April 2016.

"Communicating with the 'quantitatively-minded': Getting to the hearts and minds of executives and engineers," IABC-Houston Monthly Luncheon, March 2016.

"Decision making in prosocial choice: The role of number of options," Vanderbilt University Research Camp, April 2015.

"Strategy and Corporate Performance in the Energy Industry (SCOPE): Survey Results," 8th Annual Rice Customer Management Symposium, March 2015.

"How corporate executives should use social media: Lessons from recent research," talk given at Women Corporate Directors Quarterly Meeting, The Houstonian Hotel, Houston, June 2014.

"The role of humor in marketing", talk given at Owlspark startup accelerator, Houston, June 2014.

"The role of number of options in prosocial choice"
- Rice University Marketing seminar series, February 2014.
- Arizona State University, March 2014.
- Texas A&M University, March 2014.

"Marketing Research for Startups," talk given at SURGE accelerator, Houston, April 2014.

"Branding – it's never too early", invited panelist, Texas Life Science Forum, BioHouston, Houston, February 2014.

"The brave new world of crowdfunding for raising and investing money," Jones Partners Roundtable, Rice University, October 2013.

"Companies that successfully crowdfund will be successful companies in the long-term" invited panelist at CU-Kauffman Foundation Conference on Crowdfunding and its implications for the entrepreneurial ecosystem: Setting the research agenda, University of Colorado, Boulder, July 2013.

"Oil and gas marketing panel," Moderator, 6th Annual Marketing Symposium, Rice University, March 2013.

"Decoding consumer motivations to increase marketing effectiveness," Psych! Conference, Houston Interactive Marketing Association, Houston, October 2012.

"Pricing strategies and daily deals," Management Leaders of Tomorrow Conference, Rice University, March 2012.

"The effects of circular and linear time orientations on personal savings estimates and saving behavior," Erasmus University, Rotterdam, January 2012.

"How merchants and consumers view daily deals, and what it means for daily deal operators," MSI Conference on Marketing Communication in a Digital World, Berkeley, CA, October 2011.

"A discussion of social media strategy", CMO Forum, Houston, May 10, 2011.

"The importance of marketing," Diversity Preview Weekend Lecture, JGSB, Nov 13, 2010.

"Effect of price promotions on customers," Research talk to PROS Consulting Group, Houston, Oct 2010.

"Social Media: Why and How?" CMO Forum, Rice University, April 15, 2010.

"Customer communities as marketing programs: Promises and pitfalls," IABC Houston Monthly Speaker series, January 28, 2010.

"Healthcare Consumer 2.0", JGSB Patient-Focused Healthcare Symposium, December 2009.

"Economic impact of the Jones School on the Houston community," Jones Partners Thought Leadership Series, October 20, 2009, Jones School.

"Marketing Research 2.0"
- Pontifícia Universidade Católica do Rio Grande do Sul, Brazil, June 2009.
- The 2nd Annual Marketing Research Symposium, Rice University, April 2009.

"Consumer behavior in a multichannel, multimedia retailing environment," Emerging Perspectives on Marketing in a Multichannel Multimedia Retailing Environment, Texas A&M University, Jan 2009

"The effects of responding to customer satisfaction surveys", invited talk given at:

- TRC-Rice Symposium, Rice University, April 2008.
- Presentation given to TRC clients, Philadelphia, September 2008
- Presentation to Metlife managers, November 2008

"The effects of time frames on personal savings estimates, savings behavior, and financial decision making", invited talk at Seoul National University Marketing Department, July 2008.

"The effects of survey participation on customer behaviors", invited talk at Korea University Business School Marketing Department, July 2008.

"Of eBay, MySpace, and YouTube: The internet's influence on consumer behavior (and marketing)", Rice University Dallas alumni luncheon lecture, Dallas Texas, December 2007.

"Long-term effects of customer community participation: Evidence from eBay Germany",
- University of Arizona Marketing department speaker series, October 2007.
- Annenberg program for online communities speaker series, Annenberg School for Communication, University of Southern California, September 2007.

"Backfiring incentives", invited presentation at Maastricht University School of Management, Maastricht, the Netherlands, June 2007.

"Of eBay, MySpace, and YouTube: The internet's influence on consumer behavior (and marketing)", Rice University Alumni College Weekend lecture, February 25 2007.

"The subtle and persistent effects of measuring customer satisfaction"
- University of California Riverside, March 2007
- Georgia Tech, October 2006

"Novel patient-centric efforts to transform the pharma-physician relationship", Patient-centric Marketing: gaining customer trust and developing loyalty, Princeton, New Jersey, September 2006.

"Mere-measurement effects of customer satisfaction surveys: Findings from field studies".
- University of St. Gallen, Switzerland, June 2006
- Univerità Ca' Foscari Venezia, Italy, May 2006
- Universität Zürich, Switzerland, April 2006

"Processes and outcomes of participation in customer communities", Lecture at University of Maastricht, the Netherlands, May 2006

"Mere-measurement research in marketing", Lecture at LBS, March 2006

"What makes an open education project sustainable?" presentation at Closed expert meeting on Open Educational Resources, Mälmo, Sweden, February 2006

"Customer self-determination and relational marketing outcomes"
- London Business School, London, February 2006
- INSEAD, Fontainebleau, France, February 2006
- MSI Board of Trustees Meeting, Boston, April 2005
- Harvard Business School Marketing Department Speaker Series, Boston, Feb 2005
- Owen School, Vanderbilt University Marketing Group, Nashville, Feb 2005

"Consumer marketing", ProjectGRAD Summer Institute guest lecture, June 2005.

"How empowered and self-determined customers affect relational marketing outcomes," Marketing in the Oilfield: Can Marketing Actually Drive Sales? Conference, Houston, May 2005.

"Bidding behavior in eBay auctions"

- JGSM Council of Overseers Meeting, April 2005
- "Faculty Hot Topics", JGS Partners Breakfast, March 2005

"Consumer interactions in virtual communities," Invitational Research session sponsored by Journal of Interactive Marketing at the DMEF Conference, New Orleans, October 2004.

"Analyzing the market opportunity for new technology," Rice Alliance Technology Entrepreneurship Workshop, October 2004.

"Sequential mitigation: A motivational context effect in repeated choice," ACR Doctoral Consortium, Portland Oregon, October 2004.

"The effect of explicit reference points on purchase decisions and online bidding behavior," University of Houston Marketing Department Fall Speaker Series, September 2004.

"Researching open source consumer communities: The case of Connexions," Jones School Marketing Faculty Research Retreat, August 2004.

"The role of desires in sequential impulsive choices," Seminar series at the A.B. Freeman School of Business, Tulane University, June 2004.

"Making and enacting effortful decisions: A motivational perspective," AMA-Sheth Doctoral Consortium, Texas A&M University, June 2004.
          * Also participated as faculty panelist on Doctoral dissertation proposal workshop

"Strategic approaches toward Connexions' sustainability'," presentation to the External Review committee of the William and Flora Hewlett Foundation as part of the Connexions' project at Rice University, April 2004.

"How surveys influence customers," 'Faculty Hot Topics', JGS Partners Breakfast, March 2004.

"Implicit versus explicit reference prices: Findings from field studies in online auctions," Texas Marketing Faculty Research Consortium, Texas A&M University, April 2003.

"Making marketing research just-in-time: actionable, accessible, affordable," Invited Thought Leader, Advanced Marketing Research as a Strategic Imperative: 5th Annual Frost & Sullivan Executive Summit, Orlando Florida, September 2002.

"Defining the value of virtual communities," invited panelist, AMA Summer Educator's Conference, San Diego, California, August 2002.

Internet Marketing Seminar, Renmin University, Beijing, China, May 2002.

"The role of regulatory focus in the experience and control of dissonant desires," Texas Marketing Faculty Consortium, University of Houston, April 2002.

"Managing customer relationships using a customer equity framework", Comerica Bank Corporation, Detroit, December 2001.

"Calculation and Monitoring of LTV: How to handle customer lifestyle transitions and cross-sell to increase value", With Joseph Somma, Does Customer Life Time Value Work? – Henry Stewart Conference Studies, Boston, October 2001.

"Social influences on consumers in digital environments," Utah State University, Logan Utah, June 2001.

"Motivational influences on resistance of dissonant consumption impulses," Buffalo-Cornell-Rochester-Syracuse-Toronto (BCRST) Marketing Colloquium, University of Toronto, April 2001.

"The interplay of emotional and motivational influences on enactment of dissonant consumption impulses," Rice University, December 2000.

"Estimating lifetime value of retail banking customers," HSBC, Buffalo New York, September 2000.

"How does customer satisfaction translate to financial value? The role of customer loyalty and other beneficial mechanisms," Institute for International Research, New York, December 1999.

"As time goes by: How goal and implementation intentions influence enactment of short-fuse behaviors," UB - SUNY, December 1999.

"As time goes by: How goal and implementation intentions influence enactment of short-fuse behaviors," Vanderbilt University Marketing Department, December 1999.

"When persistence pays: A study of intention formation, maintenance and enactment for goal-oriented consumer behaviors," University of Notre Dame, Department of Marketing, June 1998.

**Grants and Funding**

- **September 2014**. $1,500 grant from for the Association for Consumer Research for its Transformative Consumer Research grant competition. For the proposal titled, "Financial Knowledge, Participation in Debt Management Plans, and Extinguishment of Student Loan Debt" with Jihye Jung and Nivriti Chowdhry.

- **May 2014**. $15,000 research grant as winner of the MSI Research competition on "Social interactions and social media marketing" with Seshadri Tirunillai, Aarti Ivanic, and Suresh Ramanathan for the project ""How Tight Should the Reins Be? Assessing the Role of Governance Structures in the Evolution of a Vibrant Social Media Platform."

- **May 2014**. Winner of 2014 Georgetown Institute of Consumer Research (GICR) Consumer Insights Challenge. For two different projects, one with first-year Rice doctoral students Ji Hye Jung and Nivriti Chowdhry, and the other with Leonard Lee and Leona Tam. Each award provides 500 responses to a 10-minute survey study from a nationally representative sample provided by NPD group.

- **June 2006-2009**. $600,000 grant from National Science Foundation for "Building communities and sharing knowledge in engineering education: A university/ industry partnership." Co-principal investigator with Rice Engineering faculty Richard G. Baraniuk, C. Sidney Burrus, Don H. Johnson, and Richard A. Tapia.

- **July 2004-2007**. $210,000 grant from the William and Flora Hewlett Foundation over three years to study user communities and formulate a business model for the Connexions project at Rice University (cnx.rice.edu). This is part of a larger grant from the Hewlett Foundation for $3 million over three years. I am a member of the Connexions research team.

- **October 2004-December 2005**. $40,000 CITI Innovation Grant from the Computer and Technology Institute at Rice University for the project "Understanding the Open Source Business Model: Application to Connexions." Co-principal investigator with Rich Baraniuk and Geneva Henry.

**Teaching Interests and Performance**

- Pricing Strategy, Marketing in Hi-tech and Financial Services Industries, Marketing Management, Marketing Research, Marketing Strategy

- Undergraduate Courses taught
  - \* Introduction to Marketing, Marketing Research (4.1/5.0 Fall 2000), Consumer Behavior
- Graduate (MBA) Courses taught
  (At UB) \* Marketing Management, Advertising Management (4.0/5.0 Spr. 2000), Marketing Research,  Business Models for Electronic Commerce (F99: 4.8/5.0), Channels of Distribution (4.1/5.0)
  (At Rice) \* Buyer Behavior, Internet Marketing, Marketing in High-tech Industries, Marketing in Financial Services Industries, Pricing Strategies, Marketing Management (core course)

Teaching record at Rice (Last Five Years):

| Year | Course | Title | Enrollment | Response % | Mean Score |
|------|--------|-------|-----------|-----------|-----------|
| 2010-11 | MGMT 580-1 | Marketing (FTMBA Core) | 54 | 89% | 1.71 |
| 2010-11 | MGMT 580-2 | Marketing (FTMBA Core) | 55 | 91% | 1.30 |
| 2010-11 | MGMT 682 | Pricing Strategy (2nd yr elective) | 25 | 84% | 1.81 |
| 2011-12 | MGMT 682 | Pricing Strategy (2nd yr elective) | 33 | 92% | 2.12 |
| 2011-12 | MGMT 580 -1 | Marketing (FTMBA Core) | 54 | 87% | 2.34 |
| 2011-12 | MGMT 580-2 | Marketing (FTMBA Core) | 56 | 93% | 2.00 |
| 2012-13 | MGMT 682 | Pricing Strategy (2nd yr elective) | 30 | 83% | 1.24 |
| 2012-13 | MGMT 580 -1 | Marketing (FTMBA Core) | 58 | 97% | 1.91 |
| 2012-13 | MGMT 580-2 | Marketing (FTMBA Core) | 58 | 91% | 1.89 |
| 2013-14 | MGMT 580 -1 | Marketing (FTMBA Core) | 51 | 92% | 3.33 |
| 2013-14 | MGMT 580-2 | Marketing (FTMBA Core) | 50 | 94% | 2.20 |
| 2013-14 | MGMT 682 | Pricing Strategy (2nd yr elective) | 35 | 92% | 1.77 |
| 2014-15 | MGMT 682 | Pricing Strategy (2nd yr elective) | 31 | 100% | 1.74 |
| 2014-15 | MGMT 580 -1 | Marketing (FTMBA Core) | 55 | 98% | 2.33 |
| 2014-15 | MGMT 580-2 | Marketing (FTMBA Core) | 54 | 96% | 1.81 |
| 2015-16 | MGMT 682 | Pricing Strategy (2nd yr elective) | 34 | 85% | 1.48 |
| 2015-16 | MGMT 580 -1 | Marketing (FTMBA Core) | 57 | 79% | 2.13 |
| 2015-16 | MGMT 580-2 | Marketing (FTMBA Core) | 58 | 71% | 2.00 |

\*All ratings are based on the Rice University 7-point scale: 1= outstanding; 2 = very good; 3 = above average; 4 = average; 5 = below average; 6 = poor; 7 = very poor, and refer to the question: "Overall, how effective is this person as a teacher?"

## Industry Work Experience

| | |
|---|---|
| 2000 | Founder, Empyrean-Crest (CRM execution, data-mining, and marketing research consultancy) |
| 1999-2000 | Research Director, M&T Bank Corporation, Buffalo, NY |
| 1998-99 | Executive Associate, M&T Bank Corporation, Buffalo, NY |
| 1992-93 | Assistant Design Engineer, Godrej & Boyce Mfg. Co. Ltd., Bombay, India |
| 1989-92 | Director of Marketing, Alpha Paints Pvt. Ltd., Bombay |
| 1987-89 | Various Sales positions held |

**Executive Education**

- Veritas DGC (Strategic Marketing)
- Cooper Industries (Strategic Mkt)
- Emerging Leaders Program
- National Oilwell Varco
- London Business School EMBA

- NRG Energy
- E.ON Academy (Services Marketing)
- E.ON Bayern (Customer Communities)
- Certificate program in Health-care Marketing
- Korea University GMBA

**Academic Service**

- Editorial positions
  - ➢ Associate Editor, Journal of Service Research (Jan 2015 – present)
- Editorial Review Boards
  - ➢ Journal of Public Policy and Marketing (June 2016 – present)
  - ➢ Journal of Retailing (September 2011 – present)
  - ➢ Journal of Behavioral Decision Making (August 2010 – present)
  - ➢ Journal of Consumer Psychology (July 2010 – present)
  - ➢ Journal of Marketing Research (August 2008 – present)
  - ➢ Journal of Interactive Marketing (August 2008 – present)
  - ➢ Journal of Service Research (September 2013 – Dec 2014)
  - ➢ Psychology and Marketing (2005-2009)
- Ad hoc reviewer for: Journal of Consumer Research (since 2000), Marketing Science (since 2005), Journal of Marketing Research (since 2002 to July 2008), Journal of Marketing (since 2003), International Journal of Research in Marketing (since 2004), Journal of Consumer Psychology (since 2000), JAMS (since 2003), Journal of Retailing (since 2003), Journal of Interactive Marketing (since 2003 to July 2008), MIS Quarterly (since 2008), Journal of Computer-Mediated Communication (since 2002), AMA Summer Educators' Conference (since 2002), AMA Winter Educators' Conference (since 2002), ACR Conference (since 2001), SCP-Sheth dissertation proposal competition  (since 2002), External Reviewer, CUNY Research Grants (since 2004), Psychology and Health (since 2012), Journal of Behavioral Medicine (since 2012), Health Psychology (since 2012), Informs Journal on Computing (since 2012), Group and Organization Management (since 2012), European Journal of Information Systems (since 2012), EMAC conference (since 2012).
- EMAC Doctoral Consortium Faculty, Ljubljana, 2011.
- SCP Conference Program Committee, 2011, 2012
- ACR Conference Program Committee, 2005, 2006, 2012
- JGSB Head of Energy Industry Initiatives, September 2015.
- JGSB Academic Standards Committee, 14-15
- JGSB Marketing Area Coordinator 2011-12, 12-13, 13-14
- JSGB Curriculum Committee Member, 2013-14
- JGSB Faculty Council Member 2011-12, 12-13
- JGSB Tenure and promotion committee, 2006, 2007, 2008, 2010, 2011
- Recruiting coordinator, Marketing group, 2006-07
- JGS MBA-Professionals Oversight committee, 2006-07
- Rice University Faculty Initiative Funds Selection Committee, 2006-07
- MBA program committee, JGSM, Rice University, 2003-04.

- Executive programs committee, JGSM, Rice University, 2004-05.
- Behavioral lab committee, JGSM, Rice University, 2002-03.
- Faculty co-liaison (with Randy Batsell), 5th Annual Marketing Case Competition, 2005, 2006, 2007
- Committee member: Global Enterprise Management Group, UB-SUNY, 2000
- Ph.D. Dissertation Committees
  - Stefânia Ordovás de Almeida, University of São Paulo, 2009
  - Nidhi Varma Srivastava, Marketing, Management Development Institute, India, 2006
  - Wojciech J. Dorabialski, Economics, Rice University, 2003
  - René Algesheimer, Marketing, University of St. Gallen, 2003
  - Jelena Dodic, Marketing, University of Melbourne; External Reader, 2003

## Consulting Service

- Ahold USA
- Cardinal Health
- eBay
- GEMS
- Hewlett Packard
- LaSalle Bank Corporation
- Money Management International
- National Instruments
- Overstock.com
- Pennzoil Quaker State/ Shell
- Prosper.com
- Restaurant Connections
- SKM Group (Fin services consulting)
- Standard Federal Bank
- Tax & Financial Group
- HelloFresh
- Various investment banks, VCs (Proprietary & confidential work)

- ABN AMRO
- American Airlines
- Comerica Bank
- Finger Interests
- Front Burner Brands
- Gabe Consulting
- HSBC Bank
- LaSalle Bank Corporation
- Lone Pine Capital
- LoyaltyOne/ Colloquy
- M&T Bank Corporation
- Microsoft
- Pinnacle Financial Services Group
- Strategic Decisions Group
- TXU Energy
- Ringier AG
- Medallia

**Litigation Consulting** (on behalf of, *deposition testimony*)
- Groupon, Inc. Security Litigation (Class Action)
- Mark Anthony Brewing  v. Texas Alcoholic Beverage Commission (State Law)*
- Dell-wise et al. v. TAXMASTERS, Inc. (Class Action)
- Encore Bank v. TXU Corp., f/k/a Texas Utilities Corp. (Trademark)
- Alcatel-Lucent v. Amazon, Zappos et al. (Intellectual property)*

## Professional Affiliations

- MENSA
- American Marketing Association
- Alpha Pi Mu (Industrial Engineering Honor Society).

- Association for Consumer Research
- Society for Consumer Psychology